IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| HUDSON INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | Civil Action File Number:<br>1:18-cv-01359 |
| versus | § § § | Amended Interpleader Complaint |
| BAXTER BAILEY – SILVER ARROW EXPRESS et al. | § § § § | |
| Defendants. | § § | |

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

NOW COMES, _Barbara Howerton_ and on behalf of _Rising Sun Express LLC_, respectfully acknowledges service of the Amended Interpleader Complaint and summons in the above matter, and waives formal service of the same, consents to entry of an order allowing the bond to be paid into the registry of the Court and asserts its pro rata claim to $ _1500.—_ with respect to the $75,000 bond of Plaintiff in this matter, reserving all other legal defenses to any liability.

This _20_ day of _April_, _2018_.

Respectfully submitted,

_Barbara Howerton_
Representative of
_Rising Sun Express LLC_
***Interpleader Defendant***

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing upon counsel for Plaintiff by depositing same in the United States mail, in an envelope with sufficient postage affixed thereto to ensure delivery and addressed as follows:

> Timothy J. Burson, Esq.
> **BOVIS, KYLE & BURCH, LLC**
> 200 Ashford Center North
> Suite 500
> Atlanta, Georgia 30338-2668
> Telephone: (770) 391-9100
> Facsimile: (770) 668-0878
> E-Mail: tjb@boviskyle.com

This 20 day of April, 2018.

Name BARBARA HOWERTON