IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **HUDSON INSURANCE COMPANY,** | § § § | Civil Action File Number: |
| Plaintiff, | § § | 1:18-cv-01359 |
| versus | § § § | Amended Interpleader Complaint |
| **BAXTER BAILEY – SILVER ARROW EXPRESS et al.** | § § § § | |
| Defendants. | § § | |

## ACKNOWLEDGEMENT AND WAIVER OF SERVICE

NOW COMES, _Galbadrakh Ganbold_ and on behalf of _B.U.M. TRUCKING_, respectfully acknowledges service of the Amended Interpleader Complaint and summons in the above matter, and waives formal service of the same, consents to entry of an order allowing the bond to be paid into the registry of the Court and asserts its pro rata claim to $ _1900.00_ with respect to the $75,000 bond of Plaintiff in this matter, reserving all other legal defenses to any liability.

This _27_ day of _April_, 2018.

Respectfully submitted,

_Galbadrakh Ganbold_
Representative of
_B.U.M. TRUCKING_
*Interpleader Defendant*

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the within and foregoing upon counsel for Plaintiff by depositing same in the United States mail, in an envelope with sufficient postage affixed thereto to ensure delivery and addressed as follows:

>Timothy J. Burson, Esq.
**BOVIS, KYLE & BURCH, LLC**
200 Ashford Center North
Suite 500
Atlanta, Georgia  30338-2668
Telephone:  (770) 391-9100
Facsimile:   (770) 668-0878
E-Mail:       tjb@boviskyle.com

This 27 day of April, 2018.

Name Galbadrakh Ganbold