11/28/2012  01:51    8153974626                 SILVER ARROW EXPRESS                    PAGE  01/01

# Baxter Bailey & Associates Commercial Collection Service Agreement

This Agreement is made and entered into on Tuesday, November 27, 2012 by and between __SILVER ARROW EXPRESS__ ("CLIENT") and Baxter, Bailey and Associates, Inc. and its agents, representatives, successors, affiliates, ("BAXTER BAILEY"), whereby BAXTER BAILEY will attempt to collect certain unpaid accounts, judgments, insufficient checks, drafts and other instruments hereinafter collectively referred to as Account or Accounts which represents monies due CLIENT. In consideration of the mutual covenants, terms and conditions herein contained, the Parties agree to the following.

2.  CLIENT authorizes BAXTER BAILEY to endorse and deposit in its Account any and all checks, money orders, drafts, cash etc. made payable to or paid to BAXTER BAILEY for CLIENT on accounts placed with BAXTER BAILEY. CLIENT authorizes ▇BAXTER BAILEY ▇▇▇▇▇▇▇▇▇▇▇

    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3.  In the event a lawsuit is required to collect Account (s) placed with BAXTER BAILEY, CLIENT hereby assigns and conveys its interest of its Account (s) evidencing the debt obligation owed to CLIENT on any accounts placed with BAXTER BAILEY based on the papers submitted to Baxter Bailey evidencing such debt owed to CLIENT. Accordingly, BAXTER BAILEY is the owner of the following Account(s) by this assignment in accordance with the terms and obligations set forth in the "Client Agreement".

4.  ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

5.  All accounts returned by CLIENT request, or accounts placed in error and or accounts paid prior to placement by CLIENT may be charged at the rate of ▇▇▇▇▇ to cover set up and or collection cost.

6.  The laws of the state of Mississippi govern this Agreement and the parties acknowledge that this Agreement is entered into the State of Mississippi.

Client:  __SILVER ARROW EXPRESS__

Authorized Agent: _(signature)_

Date:  Tuesday, November 27, 2012

*Baxter Bailey & Associates*

Please Sign & Return to:

Stu Andersen
p.662-655-4853
f.662-404-7035
stu@bbcollects.com

**EXHIBIT**

tabbies®   A

## Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on _____ 02/09/2018 _____ ("Effective Date") by and between _____ J&L Freight Transport In _____ ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ██████████████████████████████████████████████████████████████████████ (3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion, a charge of ████████████████████████ may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.(7) ████████████████

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall enure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature:    _____

Print Name:   Jimmy Jara _____

## Baxter, Bailey & Associates Service Agreement

This Agreement is made and entered into on Wednesday, December 21, 2016 by and between RXG Cargo Corp ("Assignor") and Baxter, Bailey & Associates, Inc. ("Assignee") and its agents, representatives, successors, affiliates. In consideration of the mutual covenants, terms and conditions herein contained, the Parties agree to the following.

For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Assignor assigns and transfers to Assignee, Account(s) receivable, specific to the paperwork submitted to Assignee by Assignor representing the debt obligation(s) due to Assignor. The Assignor further agrees as follows:

I. Assignee and its agents, representatives, successors, affiliates, whereby Assignee will attempt to collect certain unpaid accounts, judgments, insufficient checks, drafts and other instruments hereinafter collectively referred to as Account or Accounts which represents monies due to Assignor.

II. ████████████████████████████████████████████████████████████

III. Assignor authorizes Assignee to ███████████████████████████████████████████
███████████████████████████████████████████████████████

IV. Assignor authorizes Assignee or its agent to endorse and deposit in its account any and all checks, money orders, drafts, cash etc. made payable to or paid to Assignee on Assigned Accounts.

V. At the discretion of Assignee, a charge of ████ percent is due on accounts returned by client request when payment has been promised or is forthcoming, or accounts placed in error and or accounts paid prior to placement to cover set up and or collection cost.

VI. The laws of the state of Mississippi govern this Agreement.

RXG Cargo Corp

Title:  Vp

Print Name:  Ray Lapinskas

Signature: _____

Baxter, Bailey & Associates

Title: Director of Client Development

Print Name: Jeremy S. Liggett

Signature: *Jeremy S. Liggett*

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on _____01/24/2018_____ ("Effective Date") by and between _____Ferguson Transportation LLC_____ ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) any payments due to Assignor pursuant to this Assignment from Assignee shall ████████████████████████████████████████████████████████████████████ ████ (5) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the collection of the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion ████████████████████████ be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.(7) ████████████████████████████████████████████████████████████████████████████████████

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall enure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _____
Print Name: ___JOE FERGUSON___
___OWNER___

Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on _____06/11/2018_____ ("Effective Date") by and between _____GTS Transportation Corporation_____ ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ 3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion, ████████████████████████████████████ may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.(7) ████████████████████ ████████████████████████████████████████████████████████████████████████████████

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall ensure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _____

Print Name: _____

## Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on 1/31/2018 ("Effective Date") by and between JPL Worldwide Inc ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment   This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ████████████████████████████████████████████████████ (3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion, ████████████████████████████████ may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall enure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

██████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts.  Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _____

Print Name: _____Jay J._____

Title: _____Manager_____

Baxter, Bailey & Associates

Title: Jeremy S. Liggett - Director of Client Development

Signature: _Jeremy S. Liggett_

Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on ___2/7/18___ ("Effective Date") by and between Piedmont LLC and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ███████████████████████████████████████████████████████████████ (3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion ████████████████████████████████████ may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall ensure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its risks while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _Yvonne Witham_

Print Name: _Yvonne Witham_

Title: _Office Mngr_

Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on _____ Jan. 19th, 2018 _____ ("Effective Date") by and between __JP Express Inc.__ ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ████████████████████████████████████████████████████████████ (3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion ████████████████████████████ may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment.(7) ████████████

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall enure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _Haur_
Print Name: _Harmandeep Kaur_
Title: _President_

Assignment of Rights to Baxter Bailey & Associates, Inc.

This Assignment is made and entered into on _____ 01/24/2018 _____ ("Effective Date") by and between _____ Cross Land Carrier Corporation _____ ("Assignor") and Baxter Bailey & Associates, Inc. ("Assignee") (collectively, the "Parties").

In exchange for the mutual covenants contained herein and for valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns and transfers to the Assignee all of its right, title, and interest in and to all obligations owed to Assignor which are identified in the invoice(s), rate confirmation(s), bill(s) of lading, and/or such other documents evidencing an obligation due to Assignor which are submitted to Assignee contemporaneously and/or subsequent with the execution of this Assignment (the "Accounts") and which are incorporated as an addendum to this Assignment. This assignment includes but is not limited to the account(s) receivable and causes of action against responsible individuals and/or entities under applicable law.

The Parties agree that: (1) Assignee, itself and/or by and through its agents, representatives, successors, or affiliates, will attempt to collect the Accounts; (2) ███████████████████████████████████████████████████████████████████████ (3) Assignor authorizes Assignee or its agent to endorse and deposit in Assignee's account any and all checks, money orders, drafts, cash or other payments made payable to or paid to Assignee relating to the Accounts; (4) Assignor agrees to assist and cooperate with Assignee in the collection of the Accounts, including, but not limited to, producing documents and witnesses upon Assignee's request; (5) at Assignee's discretion, a charge of fifteen percent of the balance on the Accounts may be assessed to Assignor for failure to cooperate with Assignee in the collection of the Accounts or if any part of the Accounts were paid to Assignor prior to placement with Assignee; and (6) the laws of the state of Mississippi govern this Assignment. (7) ███

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

The undersigned represents that Assignor has full right and authority to enter into this Assignment, that the Accounts assigned hereunder are solely owned by Assignor, that no portion of the Accounts have been sold, transferred, or released by Assignor, that the Accounts are not subject to any liens, security interest, or other impairment of title, and that no portion of the Accounts have been paid or otherwise satisfied.

All rights assigned herein shall enure to the benefit of Assignee and its agents, representatives, successors, and affiliates.

███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

Assignor agrees that the above payment structure provides a fair valuation of the assigned rights and justly compensates Assignor for its rights while accounting for Assignee's risks in collecting the assigned debts. Assignor agrees to keep the financial terms of this Assignment confidential and shall not disclose these terms to any other person or entity without Assignee's prior written consent.

It is the Parties intent that, as of the Effective Date or date of subsequent placement of debts with Assignee, that Assignee shall be the sole owner of all right, title, and interest in the Accounts.

Signature: _____

Print Name: _____ John Cortson _____



**REMIT TO:**
Silver Arrow Express
3814 11th St.
Rockford, IL 61109
Phone: 815-397-4892

**INVOICE 0100177**

DATE 07/27/2017

ORDER NUMBER 0100177

| S H I P P E R | SMITMOIN<br>Smith Consulting Inc<br>850 W Huntington St<br>MONTPELIER, IN 47359 |
|---|---|

| C O N S I G N E E | FREIELIL<br>Freight Force Inc<br>1850 Greenleaf Ave<br>ELK GROVE VILLAGE, IL 60007 |
|---|---|

| B I L L<br><br>T O | LEITTUGA<br>LEI TRANSPORTATION INC<br>4500 Hugh Howell Road<br>TUCKER, GA 30084 |
|---|---|

SHIP DATE      07/25/2017
BILL OF LADING
CONSIGNEE REF NO.
DRIVER NAME    S4238     Roger Green
TRACTOR NO.    440
TRAILER NO.     53137

| DESCRIPTION | WEIGHT | UNITS | RATE | CHARGES |
|---|---|---|---|---|
| | 0.0 | 1.0000 | 500.0000 | 500.00 |
| Min. weight: | 0.0 | | Flat rate | |

| THIS BILL IS PAST DUE ON | 08/26/2017 | PLEASE PAY THIS AMOUNT | $500.00 |
|---|---|---|---|



EXHIBIT
B



# STANDARD TRUCKLOAD BILL OF LADING

SAE # 0100177

**SHIP FROM**

Name: SMITH CONSULTING INC
Address: 850 WEST HUNTINGTON STREET
City/State/Zip: MONTPELIER, IN 47359, US
Phone: 765-728-5980 Contact:
SID#
FOB:

Bill of Lading Number: 113081

CARRIER NAME: LEI - Un-Booked Carrier
Trailer number:
Seal number:

**SHIP TO**

Name: FREIGHT FORCE / PORRECA FREIGHT
Location#:
Address: 1850 GREENLEAF AVENUE
City/State/Zip: ELK GROVE VILLAGE, IL 60007
Phone: 847-981-5373 Contact:
SID#:
FOB:

SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**

Name: LEI Transportation Inc.
Address: 4500 Hugh Howell Road
Suite 790
City/State/Zip: Tucker, GA 30084, US

Freight Charge Terms: *(freight charges are prepaid unless marked otherwise)*
Prepaid ___ Collect ___ 3rd Party ___

___ Master Bill of Lading: with attached underlying bills of Lading
(check)

SPECIAL INSTRUCTIONS:
SHPR REF PO # Amazon Spain Shipment to Barcelona – 2nd lot (Order # 98610005877)
REF NO_ATLPAGE1797.

**CARRIER INFORMATION**

| PACKAGE QTY | PACKAGE TYPE | WEIGHT | HazMat (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. |
|---|---|---|---|---|
| ~~22~~ 24 | Skid or ~~Pallet~~ | 8000.0 | | PAPER PRODUCT |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| ~~22~~ 24 | | 8000.0 | | TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding ______ per ______."

COD Amount: $ ______
Fee Terms: Collect: ___ Prepaid: ___
Customer check acceptable: ___

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to the terms and conditions set forth on the reverse side hereof as well as to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

[signature] 7/25/17
SHIPPER SIGNATURE DATE

Trailer Loaded:
___ By Shipper
___ By Driver

Freight Counted:
___ By Shipper
___ By Driver/pallets said to contain
___ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

[signature] 07-25-17
SIGNATURE DATE

Form No. 12533

Jon Peters

100177

**LOAD - RATE CONFIRMATION**

LEI Transportation Inc.                    *100177*
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 7/24/2017
**HAWB#:**    ATL 113077
**CARRIER: Silver Arrow Express**

**CONTACT: Zach**
**PHONE:    815-397-4892**
**FAX:**
**PIECES:** 22
**WEIGHT:** 8000.0 LBS
**COMMODITY DESCRIPTION:** PAPER PRODUCT
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**

LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard
copy POD, and original BOL attached for
payment

**SHIPPER**

SMITH CONSULTING INC.
850 WEST HUNTINGTON STREET

MONTPELIER, IN 47359
PHONE:   765-728-5980
FAX:
CONTACT: CINDY

**PICK-UP TIME** 7/25/2017 8:00 AM - 2:30 PM

**PICK-UP INSTRUCTIONS**
PICK UP FOR LEI TRANSPORTATION
LOAD#:
P/U#:
PO#:
DRIVER:  Roger
CELL#:  815-703-3056
TRK#:
TRL#:

**CONSIGNEE**

FREIGHT FORCE / FORRECA FREIGHT
1850 GREENLEAF AVENUE

ELK GROVE VILLAGE, IL 60007
PHONE:    847-981-5373
FAX:
CONTACT:

**DELIVERY TIME** 7/25/2017 8:00 AM - 6:00 PM

**DELIVERY INSTRUCTIONS**
213 MILES

Can deliver same day by 6 PM or next AM.

**AGREED RATE**    $500.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVAILABLE
TO PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE. DETENTION
IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME. NO EXCEPTIONS. THIS
LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW. CO-BROKERING OR CO-LOADING IS NOT
PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT. A COPY

*100177*

Signature _____          Carrier Pro# _____
Fax To: Mike                         Fax#: 866-302-3223

**J & L Freight Transport Inc**
8850 N Prospect St
Niles, IL 60714
(847)409-9959
jltransport12@hotmail.com

INVOICE

**BILL TO**
LEI Transportation, Inc
4500 Hugh Howell Road, Suite
790
Tucker, GA 30084

**INVOICE #** 5207
**DATE** 08/19/2017
**DUE DATE** 09/18/2017
**TERMS** Net 30

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 08/16/2017 | **Transport**<br>ONE LOAD FROM BENSENVILLE, IL TO WAUKESHA, WI | 500.00 |
| | HAWB #: ATL 113224 | |

BALANCE DUE **$500.00**



EXHIBIT
tables'

**J & L**

**FREIGHT TRANSPORT, INC**

Phone: (847) 409-9959
Fax:    (847) 813-6978
8850 N. Prospect St.
Niles, IL 60714

Date 8/17/17

PRO. 3116
Driver Jimmy
Unit 105
Trailer 125

Shippers No.

| Shipped By: | Channel Distribution Corp | Consigned By: | KHS USA |
|---|---|---|---|
| Origin | Bansenville IL | Destination | Waukesha, WI |

| NO. PKGS | DESCRIPTION | WEIGHT | RATE | CHARGE | PICK-UP | DETENTION |
|---|---|---|---|---|---|---|
| 4 | Crates | 13000 | Flat | 900.= | DATE     TIME | Schedule Y/N |
|  |  |  |  |  |  | Arrival Time |
|  |  |  |  |  |  | Loading Completed |

**Shipper's Signature**

| | | DELIVERY | DETENTION |
|---|---|---|---|
| CUSTOMER P.O. # | | DATE     TIME | Schedule Y/N |
|  |  |  | Arrival Time |
|  |  |  | Unloading Completed |

Received in Good Condition by _____ KHS _____ Company
_____ Signature
_____ Date

White Copy – Contractor
Yellow Copy – Carrier
Pink Copy - Customer

**Consigner's Signature**



# DELIVERY ORDER

| DELIVERY INSTRUCTIONS BY | | UTC REF<br>SIH-ILMG1700073 | DATE<br>Aug-11-2017 |
|---|---|---|---|
| UTC Overseas Inc<br>6781 Parker Farm Drive, Suite 140<br>Wilmington,NC,28405,US<br>T:9107945788 | | CUSTOMER REF<br>W1231039+W1232153 | |
| | | UTC ISSUING OFFICE<br>UTC Overseas Inc | |
| CONSIGNEE<br>KHS USA Inc | | 6781 Parker Farm Drive, Suite 140<br>Wilmington,NC,28405 US<br>T.9107945788 | |
| FOR DELIVERY TO<br>KHS USA Inc<br>880 BAHCALL CT.<br>WAUKESHA, WI 53186<br>JOE HROVAT<br>P: 262-787-5118 | | THE MERCHANDISE DESCRIBED BELOW WILL BE<br>ENTERED AND FORWARDED AS FOLLOWS: | |
| FREIGHT LOCATION<br>Channel Distribution Corporation<br>950 Supreme Dr<br>Bensenville,IL,60106,US | FIRMS CODE<br>H245 | MASTER BL<br>CNRUC00027848024 | HOUSE BL<br>ACDF440085602 |
| | AVAILABLE DATE<br>Aug-14-2017 | IMPORTING CARRIER | VESSEL/VOYAGE<br>MONTREAL EXPRESS        81W2S |
| CONTAINER RETURN LOCATION | | PORT OF LOADING<br>Hamburg, DE | ETD<br>Jul-25-2017 |
| | | PORT OF DISCHARGE<br>Chicago, IL | ETA<br>Aug-09-2017 |
| | | LAST FREE DAY<br>Aug-18-2017 | ENTRY NUMBER |
| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO )<br>JNL Transport | | AMS BL<br>ACDF440085602 | ORIGINAL |

| MARKS & NOS (CONTAINER NOS | NC. OF<br>PKGS | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| Containers OOLU5462883<br>IT#V3836631233 | 2 PCS | KHS FILLING MACHINES TRANSPORT FRAME<br>BOTTLE CONVEYOR<br><br>1 Crate @ 134" x 41" x 38" / 2,690 Lbs<br>1 Crate @ 217" x 36" x 39" / 5,299 Lbs<br><br>SHIPCO HBL: CHI254763<br><br>TALLY ID: 1356405 | 3060.000 KGS<br>6790.243 LBS | |

*(signature)* 8/16

| REMARKS : | Must contact Joe Hrovat @ 262-787-5118 for delivery appointments. Please make sure receiver signature is readable or print their name.<br>Thank you |
|---|---|

| INLAND FREIGHT | PREPAID/COLLECT<br>PREPAID | Received In Good Order By : |
|---|---|---|
| | | Liability, including negligence, is limited to the sum of $50.00 per shipment, unless a greater<br>valuation shall be paid for or agreed to be paid in writing prior to shipping<br>DELIVERY CLERK : DELIVER TO<br>CARRIER SHOWN ABOVE |
| PREPARED BY | Melissa Kowalski | |

**UTC Overseas, Inc. - Global Corporate Office**

2 Northpoint Drive - Suite 213 Houston, TX 77008 - USA | Tel + 713 422 2850

ALL SERVICES AND TRANSACTIONS ARE SUBJECT TO OUR TERMS AND CONDITIONS OF SERVICE IN ACCORDANCE WITH THE (NCBFAA) WHICH IS AVAILABLE AT
WWW.UTCOVERSEAS.COM



**UTC Overseas**

## DELIVERY ORDER

| DELIVERY INSTRUCTIONS BY | | UTC REF | | DATE |
|---|---|---|---|---|
| UTC Overseas Inc | | SIH-ILMG170074 | | Aug-11-2017 |
| 6781 Parker Farm Drive, Suite 140 | | **CUSTOMER REF** | | |
| Wilmington,NC,28405,US | | W1229612 | | |
| T:9107945788 | | **UTC ISSUING OFFICE** | | |
| | | UTC Overseas Inc | | |
| **CONSIGNEE** | | 6781 Parker Farm Drive, Suite 140 | | |
| KHS USA Inc | | Wilmington,NC,28405,US | | |
| | | T:9107945788 | | |
| **FOR DELIVERY TO** | | | | |
| KHS USA Inc | | | | |
| 880 BAHCALL CT. | | | | |
| WAUKESHA, WI 53186 | | THE MERCHANDISE DESCRIBED BELOW WILL BE | | |
| JOE HROVAT | | ENTERED AND FORWARDED AS FOLLOWS: | | |
| P: 262-787-5113 | | | | |

| FREIGHT LOCATION | FIRMS CODE | MASTER BL | HOUSE BL |
|---|---|---|---|
| Channel Distribution Corporation | H245 | CNRU000027846024 | ACDF440085802 |
| 950 Supreme Dr | | **IMPORTING CARRIER** | **VESSEL/VOYAGE** |
| Bensenville,IL,60106,US | **AVAILABLE DATE** | | MONTREAL EXPRESS     81W29 |
| | Aug-14-2017 | | |
| **CONTAINER RETURN LOCATION** | | **PORT OF LOADING** | **ETD** |
| | | Hamburg, DE | Jul-25-2017 |
| | | **PORT OF DISCHARGE** | **ETA** |
| | | Montreal, QC | Aug-10-2017 |
| | | **LAST FREE DAY** | **ENTRY NUMBER** |
| | | Aug-18-2017 | |
| LOCAL DELIVERY OR TRANSFER BY (DELIVERY ORDER ISSUED TO ) | | **AMS BL** | **ORIGINAL** |
| JNL Transport | | ACDF440085802 | |

| MARKS & NOS. /CONTAINER NOS. | NO. OF PKGS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| Container# OOLU8462988 | 2 PCS | HEAT EXCHANGER | 2290.000 KGS | |
| | | | 5048.590 LBS | |
| IT# V3836631233 | | 1 Crate @ 84" x 33" / 2,414 Lbs | | |
| | | 1 Crate @ 84" x 33" x 63" / 2,635 Lbs | | |
| | | SHIPCO HBL: CHI1254909 | | |
| | | TALLY ID: 1356407 | | |

*(signature)* 8/16

| REMARKS : | Must contact Joe Hrovat @ 262-787-5118 for delivery appointments. Please make sure receiver signature is readable or print their name. Thank you. | |
|---|---|---|
| **INLAND FREIGHT** | PREPAID/COLLECT<br>PREPAID | Received in Good Order By : |
| | | Liability, including negligence, is limited to the sum of $50.00 per shipment, unless a greater value is either to paid for or agreed to be paid in writing prior to shipping. |
| **PREPARED BY**   Melissa Kowalski | | DELIVERY CLERK: DELIVER TO<br>CARRIER SHOWN ABOVE |

**UTC Overseas, Inc. - Global Corporate Office**

2 Northpoint Drive - Suite 213 Houston, TX 77008 - USA | Tel: + 713 422 2850

ALL SERVICES AND TRANSACTIONS ARE SUBJECT TO OUR TERMS AND CONDITIONS OF SERVICE IN ACCORDANCE WITH THE (NCBFAA) WHICH IS AVAILABLE AT
WWW.UTCOVERSEAS.COM



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624      Fax: 866-302-3223

**DATE:** 8/16/2017
**HAWB#:**   ATL 113224
**CARRIER: J&L FREIGHT TRANSPORT INC**

**CONTACT: JIMMY**

**PHONE:  847-376-0242**
**FAX:      847-813-6978**
**PIECES:** 4
**WEIGHT:** 13008.0 LBS
**COMMODITY DESCRIPTION:** Heat Exchanger & Bottle Conveyor
**REQUIRED EQUIPMENT:** 48' Flat Bed Trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard
copy POD, and original BOL attached for
payment

| SHIPPER | CONSIGNEE |
|---|---|
| CHANNEL DISTRIBUTION CORPORATION<br>950 SUPREME DRIVE<br><br>BENSENVILLE, IL 60106<br>PHONE:   630-875-3000<br>FAX:<br>CONTACT: Shipping | KHS USA INC.<br>880 BAHCALL COURT<br><br>WAUKESHA, WI 53186<br>PHONE:   262-787-5118<br>FAX:<br>CONTACT:  Joe |
| PICK-UP TIME 8/16/2017 8:00 AM - 3:00 PM | DELIVERY TIME 8/17/2017 8:00 AM - 8:00 AM |
| **PICK-UP INSTRUCTIONS** | **DELIVERY INSTRUCTIONS** |
| PICKUP: FOR LEI TRANSPORTATION INC.<br>4 crates. *Flat or step with tarps*<br>CONESTOGA OK IF CAN ACCOMODATE THE<br>BELOW: 84 x 33 x 83 @ 2414 lbs<br>84 x 33 x 83 @ 2635 lbs<br>134 x 41 x 38 @ 2690 lbs<br>217 x 36 x 39 @ 5269 lbs | 97 miles.<br><br>DRIVER: JIMMY<br>CELL# 847-376-0242<br>TRK# 105<br>TRL# 125 |

**AGREED RATE**      **$500.00**

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVAILABLE
FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION
IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS
LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT
PERMITTED UNLESS NOTED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X _____                            At l 113224
   **Signature**                                     **Carrier Pro#**

   **Fax To:** Jamel                       **Fax#:** 866-302-3223

```
                                        ************ I N V O I C E ************
                                        NO.            :              1019907
        RXG CARGO, CORP                 INVOICED       :             8/7/2017
        45 S Washington St              BOL NO         :
        HINSDALE, IL 60521                   PO #      :            ATL113153
        630-326-6006                    TERMS          :               Charge
                                        DUE DATE       :             8/7/2017

                                        SHIPPER
                                        ZINC OXIDE LLC

                                        DICKSON, TN 37055
        BILL TO:                ACCT: LEITUC
        LEI TRANSPORTATION INC          SHIPPED   :                · 8/2/2017
        C/O:
        4500 HUGH POWELL ROAD           CONSIGNEE
        SUITE 790                       MP&A
        TUCKER, GA 30084
                                        ELYRIA, OH 44035

                                        DELIVERED:                  8/3/2017
```

| | Qty | Description | UOM | Rate | Amount |
|---|---|---|---|---|---|
| **-Freight** | | | | | |
| | 1.0000 | FLAT LINE HAUL | FLAT | 1250.0000 | 1250.00 |
| | | | | >> | $1,250.00 |

```
-Stops
P/U     08/02/17              ZINC OXIDE LLC        DICKSON, TN
DROP    08/03/17              MP&A                  ELYRIA, OH
```

EXHIBIT

tabbies

WE APPRECIATE YOUR BUSINESS!

TOTAL DUE:          $1,250.00

Date: 8/2/17 **BILL OF LADING - ME** Page 1

**SHIP FROM**

Name: ZINC OXIDE LLC
Address: 600 PRINTWOOD DR
City/State/Zip: DICKSON, TN 37055
Contact: Chauncey Reed    Phone: 618-375-50-55

**SHIP TO**

Name: MP&A INC
Address: 875 LEO BULLOCKS PKWY
City/State/Zip: ELYRIA, OH 44035
Delivery Date: 08-03-2017
Contact: JOHN MILAM    Phone: 440-322-2223

**BILL FREIGHT CHARGES TO:**

Michelin North America Inc.
c/o Data2Logistics, PO Box 61050
Fort Myers, FL 61050 USA

Shipment Number: **764762491**

CARRIER NAME: LEI
Trailer number:
Seal number(s):
SCAC: LNEI
Pro number:

Freight Charge Terms: (Freight charges are prepaid unless marked otherwise)
Prepaid:    Prepaid Add:    Collect: X  3rd Party:

(check box)  Master Bill of Lading: with attached underlying Bills of Lading

**DO NOT BREAK SHIPPER SEAL/NO TRANS-LOADING: CARGO CLAIM MAY RESULT.**
**SPECIAL INSTRUCTIONS:**

**CARRIER INFORMATION**

| HANDLING | | QUANTITY | | WEIGHT | H.M. (x) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC # | CLASS |
| | | 20 | Piece | 44080 LBS | | | | 50 |
| 0 | | 20 | | 44080 LBS | | **GRAND TOTAL** | | |

**CUSTOMER ORDER INFORMATION**

| Customer PO # | Customer Order # | # Pkgs | Weight | Pallet/Slip | Additional Shipper info |
|---|---|---|---|---|---|
| 4150784185-4 | SLSORD2523 | 20 | 44080 LBS | | ZINC OXIDE |
| **GRAND TOTAL** | | 20 | 44080 LBS | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

The agreed or declared value of the property is specifically stated by the shipper to be not exceeding
_____ per _____.

NOTE Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. § 14706(c)(1)(A) and (B).

COD Amount: $ _____
Fee Terms:  Collect: ☐  Prepaid: ☐
Customer check acceptable: ☐

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature

SHIPPER SIGNATURE / DATE
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

Trailer Loaded:
☒ By Shipper
☐ By Driver

Freight Counted:
☒ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

**CARRIER SIGNATURE/PICKUP DATE**
08-02-2017
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

9-2-77

Daniel Quite  MP&A
SMITH  8-03-17



# LOAD - RATE CONFIRMATION

251

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084
Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 8/2/2017
**HAWB#:** ATL 113153
**CARRIER:** RXG Cargo Corp.

**CONTACT:** ELVIS (309)
**PHONE:** 630-326-6006
**FAX:** 630-981-0530
**PIECES:** 20
**WEIGHT:** 44080.0 LBS
**COMMODITY DESCRIPTION:** RUBBER PRODUCT
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**

LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| ZINC OXIDE LLC<br>600 PRINTWOOD DR<br><br>DICKSON, TN 37055<br>PHONE:   615-435-3883<br>FAX:   LORA QUALLS<br>CONTACT: | MP&A INC<br>875 LEO BULLOCKS PKWY<br><br>ELYRIA, OH 44035<br>PHONE:   440-322-2223<br>FAX:<br>CONTACT: |
| PICK-UP TIME 8/2/2017 8:00 AM - 2:00 PM | DELIVERY TIME 8/3/2017 7:00 AM - 3:00 PM |
| PICK-UP INSTRUCTIONS<br>PICK UP FOR LEI TRANSPORTATION<br>LOAD:764762491<br>P/U#:SLSORD2523<br>PO#: 4150784185-4<br>** NO WOODEN WALLS IN TRAILER **<br>DRIVER: THOMAS (TJ)<br>CELL# 970-405-0385<br>TRK# 251<br>TRL# 7003 | DELIVERY INSTRUCTIONS<br>546 MILES |

--------------------------------------------------------------
**AGREED RATE**     $1,250.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVAILABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE. DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME. NO EXCEPTIONS. THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X _____
**Signature**                                    **Carrier Pro#**
**Fax To:** Austin                 **Fax#:** 866-302-3223

Invoice / Pro Number **104719**

Date **09/25/2017**

Billing Phone (479) 287-2700

Billing Fax (000) 000-0000

Shippers Ref No ATL 113383

PO ATL 113383

BOL 766125100

Remit to Ferguson Transportation, LLC
16167 Highway 62 W
Eureka Springs, AR 72632

**Bill To** LEITRA

LEI Transportation, Inc
4500 Hugh Howell Road
Tucker, GA 30084

**Shipper** Bekaert Corporation
1 Bekaert Drive
Rogers, AR 72756
(479)631-7661

**Consignee** Michelin Tire  C/O Landair
1901 Cooper Drive
Ardmore, OK 73401

Origin- Pickup - Bekaert Corporation 1 Bekaert Drive Rogers, AR 72756 ATL 113383
Drop - Michelin Tire  C/O Landair 1901 Cooper Drive Ardmore, OK 73401

| Driver | Tractor | Trailer | Terms | Due Date |
|---|---|---|---|---|
| Arnold Simms | 698048 | | 30 Days | 10/25/17 |

| Ordered By | Load ID | Start Date | Delivery Date |
|---|---|---|---|
| | 104719 | 09/21/17 | 09/21/17 |

| Description | Miles | Units | Weight | Tons | Rate | Charges |
|---|---|---|---|---|---|---|
| Rate for loaded miles | . 290.0 | 0.00 | 0.0 | 0.00 | 0.00 | $1,300.00 |
| | | | | Please Pay This Amount | | $1,300.00 |

**Notes**



**EXHIBIT**

E

**We Appreciate Your Business !**

Ferguson Transportation, LLC - 16167 Highway 62 W - Eureka Springs, AR 72632 – (Phone) (479)287-2700 - (Fax) (000)000-0000

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible pencil, or in carbon and retained by the agent.

*LEE # ATL 113383*

*104719*

PAGE                OF

SHIPMENT IDENTIFICATION NO.

Carrier Name

Carrier Address and Zip

FREIGHT BILL PRO NO.
CARRIER USE

SCAC                DUNS

TO:

Consignee

On Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

TRAILER / CAR NUMBER        DELIVER ON

Street

Destination          ZIP

ROUTE

(Code)

FROM:

SPECIAL INSTRUCTIONS

Shipper

Street

Origin          ZIP

(Code)

FOR PAYMENT, SEND BILL TO:

SHIPPER'S INTERNAL DATA

Name

Street

City / State          ZIP

SID NO.

| Number Shipping Units | HM | Kind of Packaging, Description of Articles, Special Marks and Exceptions | (code) | Weight (Subject to Corr.) | Rate | Charges |
|---|---|---|---|---|---|---|
| | | | | | | |

*Patrick Danut*
*9-21-17*

REMIT C.O.D.
TO

**COD**

AMT: $

C.O.D. FEE

PREPAID        $

COLLECT

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

ADDRESS

NOTE - Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

TOTAL
CHARGES  $

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT

$          per

(Signature of Consignor)

CHECK BOX IF COLLECT

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

SHIPPER                CARRIER

PER                PER                DATE

⊕ Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on this bill of lading unless a specific exception from this requirement is provided in the Regulations for a particular material.

2

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible pencil, or in carbon and retained by the agent.

PAGE ___ OF ___

SHIPMENT IDENTIFICATION NO.

Carrier Name _____

Carrier Address _____

and Zip

*Ferguson Transportation*

Page 1 Of 1

SCAC _____  DUNS _____

FREIGHT BILL PRO NO.
CARRIER USE

766125100 LNEI

TO:

Consignee _____

a Collect on Delivery shipments, the letters "COD" must appear before consignee's name or as otherwise provided in Item 430, Sec. 1.

TRAILER / CAR NUMBER
HYU2003265/14452628

DELIVER ON
09/22/2017

Street _____

Destination _____  ZIP _____

(Code)

ROUTE

FROM:

Shipper _____

Street   One Beksert Drive

Origin   Rogers, AR

(Code)   Tel:501/631766__

ZIP _____

SPECIAL INSTRUCTIONS
SHIP TO
Michelin North America Inc.
PO Box 19001
GREENVILLE SC  29602-9029
USA

FOR PAYMENT, SEND BILL TO:

Name _____

Street _____

City / State _____  ZIP _____

SHIPPER'S INTERNAL DATA
Delivery: 4711165355
Sales Order: 008374639 150
Production Order: ___
PO nbr   Customer 4156780765 L1 S1 R06577
SID NO.

| | | | | | | | | Kg | LBS |
|---|---|---|---|---|---|---|---|---|---|
| 11 | DNO.5054? | | | | | | Gross | 20,037,000 | 44,174,023 |
| | | | | | | | Net | 18,231,000 | 40,192,475 |
| | | | | | | (VGM)Gross Mass 20,037,000 Kg | | | |
| | | | | | | Prepared by Vickie Price | | | |
| 504 | SPOOL STEEL BORO-2.00 GAL SLOT/OFF | | | | | | | | |
| 28 | SEPARATOR PLASTIC TOP-BOTTOM C'SH | | | | | | | | |
| | Class 50 - Steel Wire | | | | | | | | |

REMIT C.O.D.
TO _____

ADDRESS _____

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding.

COD
AMT: $ _____

Subject to Section 7 of conditions, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____
(Signature of Consignor)

C.O.D. FEE
PREPAID ☐ $
COLLECT ☐

TOTAL
CHARGES $ _____

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT   COLLECT

CHECK BOX IF COLLECT  [X]

RECEIVED, subject to the classifications and lawfully filed tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all of any portion of said route to destination as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in the governing classification on the date of shipment. Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

SHIPPER
Shipper _____ Rogers

PER _____

CARRIER   Customer pick up

PER _____

DATE
09/21/2017

Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the Department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201(a)(1)(iii) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204(a) of the Federal Regulations must be indicated on the bill of lading unless a specific exception from this requirement is provided in the Regulations for a particular material.

2

**THIS SHIPPING ORDER** must be legibly filled in, in ink, in indelible pencil, or if carbon and retained by the agent.

PAGE 01 OF

SHIPMENT IDENTIFICATION NO.

rrier Name
rrier Address   Customer pick up
nd Zip

Ferguson Transportation

Page 1 Of 1

FREIGHT BILL PRO NO.
CARRIER USE

**766125100 LNEI**

SCAC   DUNS

o:
onsignee Nichelin North America

TRAILER / CAR NUMBER
HTU2003265/14452628

DELIVER ON
09/22/2017

red
stination Ardmore, OK, OK   ZIP73401

1501 Cooper Drive

(Code)

ROUTE

**FROM:**

pper   Bekaert Corporation Rogers
reet   One Bekaert Drive
gin   Rogers, AR   ZIP72757
(Code)   Tel:501/6317861   Fax:501/6316174

**OR PAYMENT, SEND BILL TO:**

me
eet
ty / State   ZIP

SPECIAL INSTRUCTIONS
SOLD TO
Michelin North America Inc.
PO Box 19001
GREENVILLE SC   29602-9029
USA

SHIPPER'S INTERNAL DATA
Delivery: 4211165355
Sales Order: 3900374439 150
Production Order: /
PO-nbr / Call-nbr: 4154789765 L1 51 R06577
SID NO.

| | | | | Kg | LBS |
|---|---|---|---|---|---|
| | STL SMENT | | | Gross 20,037,000 | 44,174,023 |
| | | | | Nett 18,231,000 | 40,192,475 |
| | | | | Container Tare 20,037,000 Kg Prepared by Vickie Price | |
| 504 | SPOOL STEEL BE02/33RD OLD BLU/GAY | | | | |
| 20 | SEPARATOR PLASTIC TOP/COTTON STAN | | | | |
| | Steel Wire | | | | |

NMT C.O.D

CDN298

here the rate is dependent on value, shippers are required to state
ically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the
ipper to be not exceeding.

per

COD
AMT $

(Signature of Consignor)

C.O.D. FEE
PREPAID ☐ $
COLLECT ☐

TOTAL CHARGES $

FREIGHT CHARGES ARE PREPAID
UNLESS MARKED COLLECT   COLLECT

CHECK BOX IF COLLECT ☒

HIPPER
Bekaert Corporation Rogers

CARRIER
Customer pick up

PER

DATE
09/21/2017



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

*104719*

Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 9/20/2017
**HAWB#:**   ATL 113383
**CARRIER: FERGUSON TRANSPORTATION LLC**
**CONTACT: JOE**
**PHONE:   479-287-2700**
**FAX:**
**PIECES:** 14
**WEIGHT:** 44000.0 LBS
**COMMODITY DESCRIPTION:** RUBBER PRODUCT
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| BEKAERT CORPORATION<br>1 BEKAERT DRIVE<br><br>ROGERS, AR 72756<br>PHONE:   479-621-7586<br>FAX:<br>CONTACT: | MICHELIN NORTH AMERICA<br>1901 COOPER DRIVE<br><br>ARDMORE, OK 73401<br>PHONE:    580-319-4224<br>FAX:<br>CONTACT: |
| PICK-UP TIME 9/21/2017 11:00 AM - 11:00 AM | DELIVERY TIME 9/21/2017 8:30 PM - 8:30 PM |
| PICK-UP INSTRUCTIONS | DELIVERY INSTRUCTIONS |
| PICKUP: FOR LEI TRANSPORTATION INC.<br>LOAD# 766125100  P/U# 5010793510<br>PO# 4150789765 L1 SI RO657<br>**NO WOODEN WALLS IN TRAILER**<br>DRIVER: ARNOLD<br>CELL# 479-325-9583<br>TRK# 69<br>TRL# 3265 | 311 MILES<br><br>DELV# 5010793510<br>APPT# DB0D71 |

**AGREED RATE**     $1,300.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVAILABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHARGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X _____
   Signature                                   Carrier Pro#
Fax To: Justin                          Fax#: 866-302-3223



**LEI Transportation Inc.**

## FREIGHT TRANSPORTATION BROKER-MOTOR CARRIER AGREEMENT

THIS TRANSPORTATION BROKERAGE AGREEMENT is made on the date first signed below by and between: _Ferguson Transportation, L.L.C._____, referred to as "CARRIER," and LEI Transportation Inc. ("LEI"). CARRIER and LEI are sometimes individually referred to herein as a "Party" and together as the "Parties."

### I. RECITALS

Whereas, LEI is licensed as a property BROKER by the Federal Motor Carrier Safety Administration ("FMCSA"), and as a licensed property Broker arranges for motor carrier freight transportation under its contracts with consignors and consignees ("Customers"); and

Whereas, CARRIER is registered with the FMCSA as a motor carrier of freight in interstate, intrastate, and/or foreign commerce with MC # _46134_ and is in all respects qualified to transport freight as required by LEI; and Whereas, LEI, desires to engage CARRIER to perform transportation within the limits of CARRIER's FMCSA's operating authorities, according to this Agreement's terms and conditions, and CARRIER's desires to perform such transportation; Now, therefore, intending to be legally bound, the parties agree as follows:

### II. TERMS AND CONDITIONS

1.  **WARRANTIES** CARRIER represents and warrants that it is a motor carrier under 49 U.S.C. § 13102(14), is duly registered with the Department of Transportation pursuant to 49 U.S.C. §§ 13902 and 13905, and is duly and legally qualified to provide lawful and responsible transportation service to LEI under contract. CARRIER further represents and warrants that it does not have a conditional or unsatisfactory safety rating issued from the U.S. Department of Transportation, and further agrees to comply with all federal, state and local laws regarding the provision of the transportation services contemplated under this Agreement.

2.  **TERM** The term of this Agreement shall be one (1) year, and thereafter it shall automatically renew for successive one (1) year periods. Either Party may terminate this Agreement at any time for any reason or no reason by giving thirty (30) days written notice to the other Party of such termination.

3.  **NO MINIMUM VOLUME** There is no minimum volume of freight contemplated by this Agreement. LEI is not restricted against tendering its freight to other carriers; CARRIER is not restricted against performing transportation for other shippers or brokers.

4.  **DELAY** CARRIER shall transport all of LEI's shipments tendered to CARRIER without delay. CARRIER shall immediately notify LEI of any likelihood of delay.

5.  **RATES** Each order for transportation services ("Shipment") shall require a written Rate Confirmation sheet signed or otherwise acknowledged by the CARRIER prior to each Shipment, specifying all applicable rates and charges; LEI shall not be liable for costs, charges, surcharges, or other amounts not specified in said Rate Confirmations. All rates and charges specified in written Rate Confirmations shall include liability for actual cargo value and shall not be "released rates" limiting cargo liability to any lesser value. LEI will pay CARRIER the agreed amount within thirty (30) days of LEI's receipt of CARRIER's freight bill, bill of lading, clear delivery receipt, and any other documents necessary to enable LEI to ascertain transportation has been properly provided. Only LEI and not CARRIER shall bill Customer for transportation; CARRIER shall not seek to collect from Customer or any other party involved with the shipment.

6.  **DELIVERY REQUIREMENTS** CARRIER shall obtain from the consignee a complete, signed delivery receipt for each shipment, and it shall notify LEI immediately of any exception on any document. CARRIER shall send LEI delivery receipts and bills of lading and other documents within twenty-four (24) hours of delivery via fax, email or text.

7.  **DOCUMENTATION** Documents for each LEI Shipment shall name LEI as third party payor of all freight charges and CARRIER as the carrier of record. If there is a wrongly worded document, the Parties will treat it as if it showed LEI as "third party payor" and CARRIER as "Carrier." If there is a conflict between this Agreement and any transportation document related to LEI's shipment, this Agreement shall govern.

Initial: _____

LEI Transportation Inc.  4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

**8**   **INDEPENDENT CONTRACTOR** CARRIER is an independent contractor, and as such is wholly responsible in every way for such persons as CARRIER hires or employs. CARRIER shall be wholly responsible for performing the contemplated transportation and for all costs and expenses of such transportation, including but not limited to, costs and expenses of all CARRIER's transportation equipment, its maintenance, and those persons who operate it. As to LEI, CARRIER shall have the sole and exclusive responsibility for the manner in which its employees and/or independent contractors perform the transportation service, including the equipment provided. Customer may specify particular equipment according to type, weight, value or dimension of shipment.

**9**   **INDEMNITY** CARRIER shall defend, indemnify, and hold LEI harmless from and against all loss, liability, damage, claim, fine, cost or expense, including reasonable attorney's fees, arising out of or in any way related to CARRIER's performance of the contemplated transportation or CARRIER's breach of any terms of this Agreement.

**10**   **INSURANCE** During the term of this Agreement, CARRIER shall procure and maintain, at its sole expense:

   a.   Commercial Automobile Liability Insurance, with a combined single limit of not less than $1 million ($US) per occurrence, covering all vehicles however owned or used by CARRIER to transport LEI's shipments, including coverage for all liabilities for personal injury (including death) and property damage arising out of CARRIER's transportation under this Agreement;

   b.   All Risk Broad Form Motor Truck Cargo Legal Liability insurance in an amount not less than $100,000 ($US) per occurrence. Such insurance policy shall list LEI as loss payee and provide coverage to LEI, the Customer or the Owner and/or consignee for any loss, damage or delay claim to any property coming into the possession of CARRIER under this Agreement. Unless approved in advance by LEI, the coverage provided under the cargo policy shall have no exclusions or restrictions of any type that would foreseeably preclude coverage relating to a cargo loss, damage or delay claim.

   c.   Comprehensive General Liability insurance with a minimum combined single limit of not less than $1 million per occurrence. Such insurance policy shall include coverage for bodily injury, property damage, premises/operations, products/completed operations, contractual, independent contractors, road damage, property damages, and personal injury. Such policy or policies shall include cross liability and severability of interests.

   d.   Workers' Compensation coverage for employees where and when required by applicable state law; or other occupational accident coverage for independent contractors performing services under this Agreement; employer's liability insurance coverage with limits per occurrence no less than Five Hundred Thousand Dollars ($500,000).

   e.   CARRIER shall provide LEI copies of its MCS 90 forms and written certificates of insurance for the above policies from its insurance agent evidencing the insurance, that it is current and maintained, the expiration date, and specifying that LEI will be given 30 days prior notice of cancellations or modifications.

**11**   **LIABILITY** For purposes of loss, damage, and/or delay of Customer's freight while under CARRIER's care, custody, or control, CARRIER shall assume common carrier liability subject to the provisions of 49 U .S.C. § 147 06 (i.e. Carmack Amendment). The loss, damage or injury shall be measured as the actual loss or injury to the property. In addition, CARRIER shall indemnify LEI for all indirect, special or consequential damages, or other special economic losses that might be awarded against LEI on any Customer's claim. CARRIER shall pay to LEI, or it shall allow LEI to deduct from the amount LEI owes CARRIER for Customer's loss for the commodities so lost, delayed, damaged or destroyed and the amount of any indemnity, as stated above. Within twenty-four (24) hours of any loss, delay, damage or destruction of Customer's property, CARRIER shall provide detailed written notice to LEI of same. For any freight claim, CARRIER shall pay LEI, as loss payee, or Customer, with LEI's consent, within thirty days of CARRIER's receipt of an appropriate invoice and supporting documentation. CARRIER shall not withhold any freight due to any dispute with LEI regarding freight charges. CARRIER waives and releases all liens which it might otherwise have to any of LEI's or Customer's freight in its possession.

**12**   **NO SUBCONTRACTING** CARRIER shall transport all freight tendered by LEI only on equipment operated under CARRIER'S operating authority, on equipment owned or leased by it, and use employees or independent contractors under contract with CARRIER. CARRIER shall not in any way sub-contract, broker, or arrange for the freight to be transported by a third party without LEI's prior written consent. In the event CARRIER breaches this provision and subcontracts or brokers a shipment to another entity, CARRIER agrees and acknowledges that it will remain primarily liable for any loss, damage or expense incurred during the transportation of any shipment by such third party. In addition, any breach of this provision will result in the forfeiture of any compensation otherwise payable to CARRIER by LEI.

Initial:

LEI Transportation Inc.  4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

13  **CONFIDENTIALITY** CARRIER shall not disclose the terms of this Agreement to a third party without the written consent of LEI unless: (1) it is required by law or regulation; (2) disclosure is made to the parent, subsidiary or affiliate of CARRIER; or (3) disclosure is made to facilitate the terms and conditions of this Agreement. In addition to any other right or remedy, CARRIER agrees that in the event of any violation or threatened violation of this provision, and provided that LEI is acting in good faith, LEI shall be authorized and entitled to (1) injunctive relief by temporary restraining order, temporary injunction, or permanent injunction, all without the posting of any bond, and (2) any other legal and equitable relief to which it may be entitled. If LEI prevails, LEI shall be entitled to recovery of all reasonable attorney's fees and costs incurred in connection with any such action.

14  **BACK SOLICITATION** During the term of this Agreement and for twelve (12) months following its termination, CARRIER will not directly or indirectly solicit or provide transportation services to any Customer without LEI's prior written consent. If CARRIER, its agents, servants or employees solicit a Customer in violation of this Section, CARRIER shall pay LEI as a commission twenty percent (20%) of the total charges for transportation services provided to CARRIER to such Customer.

15  **OTHER FEDERAL REGULATIONS** In the event Carrier performs services for a Shipper with U.S. Government contracts, CARRIER shall be in compliance with all laws and regulations governing contractors and subcontractors providing goods or services to government agencies, including but not limited to Federal Acquisition Regulations ("FAR") clauses 52.222-26; 41 C.F.R. § 60-741.5; FAR 52.222-37; 41 C.F.R. § 60-250.40; FAR 52.222-35; 52.222-36; 52.247-34 and 41.

16  **SEVERABILITY** If the operation of any part of this Agreement results in a violation of any law, such part shall be severed and the Agreement's remaining provisions shall continue in full force and effect.

## III. MISCELLANEOUS PROVISIONS

17  **WAIVER** CARRIER and LEI expressly waive all rights and remedies allowed under 49 U.S.C. § 14101, to the extent they conflict with this Agreement. LEI's failure to insist upon CARRIER's performance under this Agreement or to exercise any right or privilege shall not be a waiver of any of LEI's rights or privileges.

18  **ASSIGNMENT** This Agreement shall be binding upon and inure to the benefits of the Parties to this Agreement and their respective heirs, successors and assigns, but shall not be assignable by the CARRIER without the written consent of LEI. LEI may, without the consent of Carrier, assign this Agreement to any entity controlled by, controlling, or under common control with LEI.

19  **GOVERNING LAW** This Agreement shall be deemed to have been drawn under Georgia law. If there is a dispute, any legal action must be brought in Superior Court in and for the County of DeKalb and Georgia laws shall apply, without regard to its conflict of laws rules.

20  **NOTICES** Notices shall be sent by registered mail, return receipt requested, to each party at the address shown below, or to such other addresses as shall have been designated in writing below.

21  **ENTIRE AGREEMENT** This Agreement is the entire agreement between the Parties, superceding all earlier agreements. It cannot be altered or amended except in writing signed by both of them. It may not be assigned or transferred in whole or in part.

22  **ELECTRONIC SIGNATURES AND FACSIMILE** CARRIER and LEI agree to accept electronic signatures and/or faxed copies of this documents as creating legal effect.

23  **INVOICING AND PAYMENTS** LEI shall be liable only for transportation orders specifying and following billing address and not alternate LEI locations, an independent sales agent address, or any other alternate billing address. CARRIER invoices must be sent to:

    LEI Transportation Inc.
    4500 Hugh Howell Road
    Suite 750
    Tucker, GA 30084
    Attn: Accounts Payable

24  **FORCE MAJEURE** If either Party is prevented from compliance with any part of this agreement by events beyond the Party's reasonable control, such compliance will be excused to the extent necessitated; provided the Party claiming force majeure notifies the other Party within one (1) day of the event; takes all reasonable steps to reduce the impact of the event upon compliance; to perform services to the extent practical; and immediately resumes performance when the event subsides sufficiently.

Initial

LEI Transportation Inc. 4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

25  **NOTICES:** Any notice or communication between the Parties hereto shall be addressed as follows:

If to LEI Transportation Inc:

Attn:  Contract Management

LEI Transportation Inc.
4500 Hugh Howell Road
Suite 750
Tucker, GA 30084

If to CARRIER:

**Ferguson Transportation LLC**
**16167 Highway 62 W**
**Eureka Springs, Arkansas 72632**

Attention: _____
479-287-2700

Company: _____

Address: _____

*JOE FERGUSON*

Fax: (____) _____

Email: *FERGUSONTRANS @ SBCGLOBAL.NET*

In Witness Whereof, the parties hereto have caused this Agreement to be executed in their respective names by their duly
authorized representatives as of the date first below written.

LEI Transportation Inc.
4500 Hugh Howell Road
Suite 750
Tucker, GA 30084


Signed :_____

Printed Name:  Mike Walling

Date: _____

"CARRIER"

Company Name: **Ferguson Transportation LLC**
**16167 Highway 62 W**
**Eureka Springs, Arkansas 72632**

Signed Name: _____ **479-287-2700**  Date: *09/20/17*

Printed Name: *JOE FERGUSON*

Title: *OWNER*

Address: _____

Phone: _____ *8700*

Fax No.: _____

EIN/Fed ID#: _____

USDOT #: _____ *336*

LEI Transportation Inc. 4500 Hugh Howell, Suite 790, Tucker GA 30084    770-939-0624 Phone

**CARRIER PROFILE**

** Print All Information Clearly **

Full, legal Company Name: _____ **Ferguson Transportation LLC**
**16167 Highway 62 W**
**Eureka Springs, Arkansas 72632**
**479-287-2700**

Federal ID# ▓▓▓▓▓ DOT# ▓▓▓▓▓ MC# ▓▓▓▓▓

Toll Free#_____ Local# ▓▓▓▓▓▓

Fax#_____

24-hour Cell# ▓▓▓▓▓ Email ▓▓▓▓▓ *@SBCGLOBAL.NET*

Dispatch Contact: _JOE FERGUSON_ Phone# ▓▓▓▓▓

Dispatch Email _____SAME_____

Factoring Company: (Circle)   Yes   (No)

Mailing Address:_____

Physical Address:_____

Remit to Address:_____ Ferguson Transportation LLC
16167 Highway 62 W
Eureka Springs, Arkansas 72632
479-287-2700

**Carrier Operations:** (circle all that apply) (Truckload)   (LTL)   Inter-modal   Air Expedited   (Multi-Stop)

# Company drivers___3_____   # Owner-operators ___0_____   # Teams_____

Equipment Type:  Please enter the Number for each type (example:  6 Reefers)

Power units (tractors)___3_____

Vans:_X_48'_X_53'___Air-rides____Hi Cube(110")___Logistic___Padded___Curtain___White Glove

Flats:__48'__53'___Step-decks___Double Drops___Removable Goosenecks   Hot Shots___Side Kits

Reefer:_48'__53'___Chilled & Frozen____Chilled only___Frozen only___Alcohol___EDI Capable

Methods of load tracking and driver communications:____satellite_X_cell phone/GPS___cell phone

___Is the company qualified and compliant with U.S. DOT-FMCSA regulations and currently in good standing?_X_Yes____No  If no, please explain: _____

_____

____Is the company qualified and compliant with U.S. government contracting regulations, such   as SDB, HUB Zone SB, WSB, VSB or SDVO?____Yes __✓__ No   If yes, please explain any category so qualified:

_____

Coverage: (check all where services are offered)____All
48 states

____All Northeast   CT   DC   DE   MA   MD   ME   NH   NJ   NY   PA   RI   VA   VT   VW

____All Southeast   AL   FL   GA   MS   NC   SC   (TN)

____All Midwest   IA   (KS)   (MN)   (MO)   ND   NE   SD

____All Central   IL   IN   KY   OH   MI   WI

____All West   AZ   CA   CO   NV   UT   WY

____All Northwest   ID   MT   OR   WA

____All Southwest   (AR)   (LA)   (OK)   NM   (TX)

____Canada

____Mexico

**Please fill out the preferred lanes.**

Preferred lanes – Where you are strong or looking for freight Type is Dry Van, Reefer, LTL, FlatBed

| Type | Origin State | Origin City | Dest State | Dest City | Rate Per Mile |
|---|---|---|---|---|---|
| NWA Rogers, AR | TO | Dallas, TX | DFW | | |
| DFW Dallas, TX | TO | Rogers, AR | NWA | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

GTS Transportation Corp
671 Executive Dr
Willowbrook, IL 60527
847-754-4667

**Invoice #: 90408**
**Invoice Date: 10/23/2017**



| Bill-To | Sales Rep |
|---|---|
| LEI TRANSPORTATION INC.<br>4500 HUGH HOWELL ROAD<br>SUITE # 790<br>Tucker, GA 30084 | Andrius Pranaitis<br>GTS Transportation Corp<br>P: 847-754-4667<br>tony@gtscarrier.com |

| Shipper | 10/16/2017 | Consignee | 10/17/2017 |
|---|---|---|---|
| **Name:** IFCO<br>**Address:** 710 Theodore Court<br>**City/St/Zip:** Romeoville, IL 60446<br>**Pickup Date:** 10/16/2017 | | **Name:** John B Sanfilippo<br>**Address:** 2350 Fox Lane<br>**City/St/Zip:** Elgin, IL 60123<br>**Delivery Date:** 10/17/2017 | |

### Load Information

| Commodity: | FAK | Load Size: | Full |
|---|---|---|---|
| Bill Of Lading: | ATL113532 | Weight: | 39,848 |
| Trailer Req: | Van | | |

### Billing Charges

| Description | Total |
|---|---|
| Freight Charge | 500.00 |
| **Total Charges:** | **500.00** |

**PLEASE REMIT PAYMENT TO:**
GTS Transportation Corp
671 Executive Dr
Willowbrook, IL 60527
847-754-4667



**EXHIBIT**
F



**CARRIER COPY**

NOT NEGOTIABLE
# BILL OF LADING

| | | |
|---|---|---|
| SHIPPER: | **IFCO - Romeoville**<br>710 Theodore Court<br>Romeoville IL 60446-1481 | |

| | |
|---|---|
| BILL OF LADING NO. | 3661849563 |
| SHIPMENT NO. | 0109492028 |
| ORDER DATE | OCT 16 2017 |
| POINT OF ORIGIN | |

| DATE OF SHIP |
|---|
| **OCT 16 2017** |

| SHIP TO: | **John B Sanfilippo**<br>2350 Fox Lane<br>Elgin IL 60123 |
|---|---|

| | |
|---|---|
| PAGE | |
| SOLD TO: | |
| TYPE: | Issue |

| CUSTOMER REQUEST |
|---|
| OCT 17 2017 |
| 0600 to 1000 |

ALL EQUIPMENT IS RENTED UNDER CHEP STANDARD TERMS AND CONDITIONS WHICH ARE AVAILABLE AT 8517 SOUTH PARK CIRCLE, ORLANDO, FL 32819-9040.
ALL CHEP EQUIPMENT REMAINS THE EXCLUSIVE AND INALIENABLE PROPERTY OF CHEP.

NOTICE OF CLAIM
a) No carrier is liable for loss, damage or delay to any goods carried under the Bill of Lading unless notice thereof setting the particulars of the origin, destination and date of shipment of the goods and under the estimated amount claimed in respect.
b) The final statement of the claim must be filed within nine (9) months from the date of shipment together with a copy of the paid freight bill

| SHIPPER NUMBER<br>36618495630109492028 | CONSIGNEE NUMBER<br>0109492028 | CARRIER<br>Freightline Transportation LLC | CHARGES<br>PREPAID |
|---|---|---|---|

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | |
|---|---|---|---|
| 1 | 540 | B4840A-48x40 Block Pallet RU PLUS | |

**CARRIER SIGNATURE**

Print Name

Signature

Date

Company

| | | |
|---|---|
| SHIPPER LOCATION CODE | USIE |
| SHIP TO LOCATION CODE | 4000116346 |
| SHIPMENT NUMBER | 0109492028 |
| TRAILER NUMBER | 53086 |
| SCAC | FLNQ |
| TRAILER SEAL | 4638683 |

**CONSIGNEE SIGNATURE**

HAULIER DELIVERY INSTRUCTIONS:
Updated 09/18/2017, Appt Required, Vehicle US53VN, Live Unload, - trailer must be clean when delivering pallets-
Delivery APPTS needs to be scheduled 24 hrs in advance by email @ hqreceivingappointments@jbssinc.com-1st
contact Louis Medrano lmedran

Print Name

Signature

RECEIVED
OCT 17 2017
JOHN B. SANFILIPPO & SON
1703 RANDALL RD.
ELGIN, IL

NOTES REF #
288264

Date

ALL CHEP LUMBER PRODUCTS ARE EMERALD ASH BORER FREE CERTIFIED FREIGHT. CONCERNS / QUESTIONS WITH
REGARD TO CERTIFICATION, PLEASE CONTACT 1-877-508-9302.

Company

| | | |
|---|---|---|
| **Your Signature must appear in this box**<br>Subject to Section 7 of the conditions, if this shipment is to be delivered to the<br>consignee without recourse on the consignor, the consignor shall sign the following<br>statement. The carrier shall not make delivery of this shipment without payment of<br>freight and all other charges.<br><br>(Signature of Consignor) | Total Pieces<br>**540** | Total Weight<br>**37800** | Drop Location?<br>☐ YES   ☐ NO |

| | |
|---|---|
| CHECKED BY | |
| Print Name | Signature |
| Company | Date |

THIS IS TO CERTIFY THAT THE HEREIN NAMED MATERIALS ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED AND LABELED, ARE IN PROPER CONDITION FOR TRANSPORTATION ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION. MARK WITH "X" TO DESIGNATE HAZARDOUS MATERIAL AS DEFINED IN THE DEPARTMENT OF TRANSPORTATION REGULATIONS GOVERNING TRANSPORTATION OF HAZARDOUS MATERIALS. THE USE OF THIS COLUMN IS AN OPTIONAL METHOD OF DESIGNATING HAZARDOUS MATERIALS ON BILLS OF LADING PER SECTION 172.202 (B) OF THE REGULATIONS GOVERNING THE TRANSPORTATION OF SUCH MATERIALS. THE PAPER BAGS, FIBRE BOXES USED FOR THIS SHIPMENT CONFORM TO THE SPECIFICATIONS SET FORTH IN THE MAKERS CERTIFICATE THEREON AND ALL OTHER REQUIREMENTS OF RULES



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624     Fax: 866-302-3223

**DATE:** 10/16/2017
**HAWB#:** ATL 113532
**CARRIER: GTS TRANSPORTATION CORP**

**CONTACT: Tony**
**PHONE:** **708-571-2446**
**FAX:** **847-656-2057**
**PIECES:** 570
**WEIGHT:** 39848.0 LBS
**COMMODITY DESCRIPTION:** New Empty Pallets
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| IFCO<br>710 THEODORE COURT<br><br>ROMEOVILLE, IL 60446<br>PHONE:  630-755-3319<br>FAX:<br>CONTACT: | John B Sanfilippo<br>2350 Fox Lane<br><br>Elgin, IL 60123<br>PHONE:  847-289-1800<br>FAX:<br>CONTACT: |
| PICK-UP TIME 10/16/2017 8:00 AM - 9:00 PM | DELIVERY TIME 10/17/2017 5:00 AM - 6:00 AM |
| PICK-UP INSTRUCTIONS<br>Ref # 109492028<br>Shipment # 3661849563<br>ID # 71314665<br><br>Driver is Amir<br>Cell is 929-220-7229 | DELIVERY INSTRUCTIONS<br>41 miles. |

**AGREED RATE**    **$500.00**

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVALABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X
**Signature**                 **Carrier Pro#**
**Fax To: Mike**          **Fax#: 866-302-3223**

**GTS Transportation Corp**
671 Executive Dr
Willowbrook, IL 60527
847-754-4667

**Invoice #: 90753**
**Invoice Date: 10/23/2017**



| Bill-To | Sales Rep |
|---|---|
| LEI TRANSPORTATION INC.<br>4500 HUGH HOWELL ROAD<br>SUITE # 790<br>Tucker, GA 30084 | Manfredas Brazauskas<br>GTS Transportation Corp<br>P: 847-754-4667<br>manny@gtscarrier.com |

| Shipper | 10/20/2017 | Consignee | 10/22/2017 |
|---|---|---|---|
| **Name:** LION ELASTOMERS LP<br>**Address:**<br>**City/St/Zip:** Port Neches, TX 77651<br>**Pickup Date:** 10/20/2017 | | **Name:** MICHELIN<br>**Address:**<br>**City/St/Zip:** Woodburn, IN 46797<br>**Delivery Date:** 10/22/2017 | |

### Load Information

| Commodity: | FAK | Load Size: | Full |
|---|---|---|---|
| Bill Of Lading: | 113540 | Weight: | 43,000 |
| Trailer Req: | Van | | |

### Billing Charges

| Description | Total |
|---|---|
| Freight Charge | 2,200.00 |
| **Total Charges:** | **2,200.00** |

**PLEASE REMIT PAYMENT TO:**
GTS Transportation Corp
671 Executive Dr
Willowbrook, IL 60527
847-754-4667

<table>
<tr><td>CARRIER!<br>SHIPPER'S<br>B/L NUMBER<br>MUST APPEAR<br>ON ALL<br>SHIPPING<br>PAPERS</td><td>Subject to Section 7 of Conditions of Applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br>Per: Lion Elastomers LLC</td><td>Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.<br><br>Page 1 of 1</td></tr>
</table>

| Shipper | Bill of Lading No |
|---|---|
| **Lion Elastomers LLC**<br>**1615 Main Street**<br>**Port Neches, TX 77651**<br>**Phone: 409-724-8884** | **80032234** |

| | Customer Order No |
|---|---|
| | **4150816878L1S1** |

| Date of Shipment | / | Date Required |
|---|---|---|
| **10/20/2017** | / | **10/21/2017** |

| Consignee | Shipping Point |
|---|---|
| **MICHELIN NORTH AMERICA INC**<br>**WOODBURN PLANT**<br>**18906 HWY 24 EAST**<br>**46797 WOODBURN IN**<br>**USA** | **Port Neches** |

| | Terms |
|---|---|
| | **EXW EXW ORIGIN COLLECT** |
| | **S/O No 36696** |

| Trailer: 53172 | Seal : 00008085 | Carrier : GTS |
|---|---|---|

| HM | Pieces | Description of Goods | Gross Weight |
|---|---|---|---|
| | 14 Each | SBR 1502/P44 BALE<br>Rubber, Crude # 171800 Class 60<br>Customer material no. PG00180AKV_NT | 20033.110 KG<br>44165.484 LB |

*10-22-17*

*Jim Klein*

| Total Pieces: 14 | Total Weight: | 20033.110 KG<br>44165.484 LB |
|---|---|---|

**Lion Elastomers LLC**
I hereby declare that the contents of this consignment are fully and accurately described above by the proper shipping name, and are classified, packaged, marked and labeled/placarded, and are in all respects in proper condition for transport according to applicable international and national governmental regulations.

Shipper, Per: Lion Elastomers LLC

For help in chemical emergencies involving spill, leak, fire, or exposure call CHEMTREC 800-424-9300 or 703-527-3887 toll free (24H)

This vehicle is carrying a DOT EMERGENCY RESPONSE GUIDE OR other equivalent document conforming to 49CFR, subpart G of Part 172

FOUR (4) _____ PLACARDS

INIT.

INIT.

Carrier: _____

Date:
10/20/2017
18:41:36



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 10/20/2017
**HAWB#:**   ATL 113540
**CARRIER: GTS TRANSPORTATION CORP**

**CONTACT: MANNY 708-497-9671**

**PHONE:    847-875-8666**
**FAX:      847-656-2057**
**PIECES:** 14
**WEIGHT:** 43937.0 LBS
**COMMODITY DESCRIPTION:** RUBBER
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| LION  ELASTOMERS LP<br>1150 HIGHWAY SPUR 136<br>EAST GATE<br>PORT NECHES, TX 77651<br>PHONE:<br>FAX:<br>CONTACT: | MICHELIN<br>18906 HWY 24 E<br><br>WOODBURN, IN 46797<br>PHONE:    260-493-8100<br>FAX:<br>CONTACT: |
| **PICK-UP TIME** 10/20/2017 7:30 AM - 3:00 PM | **DELIVERY TIME** 10/22/2017 6:00 AM - 4:00 PM |
| **PICK-UP INSTRUCTIONS**<br>Pick up for LEI Transportation<br>Load# 767209413P/U# 36696<br>PO# 4150816878<br>** no wooden walls in trailer **<br>Driver: IVORY<br>CELL# 646-717-1007<br>TRK# 511<br>TRL# 53172 | **DELIVERY INSTRUCTIONS**<br>1173 miles<br>** DRIVER MUST CHECK IN AT SECURITY GATE** CAN DELIVER SAT OR SUN<br><br>APPT DELIVERY# 36696 |

--------------------------------------------------------------------
**AGREED RATE**    $2,200.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVALABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X _____*Manny Erazauskas*_____              _____
  **Signature**                            **Carrier Pro#**
  **Fax To:  GiGi**              **Fax#: 866-302-3223**

Title: _Owner_

**Invoice**

**Lee Investment Group**
**Po Box 893591**
**Temecula. CA   92591**

| Date | Invoice# |
|------|----------|
| 10/05/2017 | JPL561040 |

Bill To:

LEI TRANSPORTATION INC

4500 HUGH HOWELL RD
SUITE 790
TUCKER, GA  30084
TEL: 770-939-0624
EMAIL:OPS@LEITRANSPORTATION.COM

| Quantity | Description | Hawb# | Amount |
|----------|-------------|-------|--------|
| 1 | JPL Worldwide Inc is factoring through the Lee Investment Group<br><br>Please make check payable to:<br><br>Lee Investment Group<br>PO Box 893591<br>Temecula. Ca 92591 | ATL 113352 | $ 2800.00 |
| | **Total** | | $ 2800.00 |



EXHIBIT
G

| | SHIP TO | | | CARRIER NAME: |
|---|---|---|---|---|
| **Name:** Vallarta Supermarkets Corp | | **Location #:** VCORP | | **Trailer number:** |

**Address:** 12881 Bradley Ave
**City/State/Zip:** Sylmar, CA 91342
**Phone/Contact:** Keith Byrne 818-898-0088   FOB: ☐

Seal number(s):
SCAC:
Pro number:

**THIRD PARTY FREIGHT CHARGES BILL TO:**
Name:
Address:

City/State/Zip:

SPECIAL BILLING INSTRUCTIONS:

BAR CODE SPACE

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid _____     Collect _____     3rd Party _____

☐   Master Bill of Lading: with attached
(check box)   underlying Bills of Lading

**CARRIER INFORMATION**

| Qty. | TYPE | WEIGHT | DESCRIPTION | CRATE (circle one) | |
|---|---|---|---|---|---|
| 9 | CRATE | 296 lbs | Open air, grab n go, commercial | Ⓨ | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| | | | | Y | N |
| 9 | | 2664 Lbs | **TOTAL** | | |

COD Amount: $ _____
Fee Terms:   Collect: ☐   Prepaid: ☐
Customer check acceptable: ☐

# SPECIAL INSTRUCTIONS:

## Please deliver on Friday September 15th

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable.  See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, described, packaged and marked and are in proper condition for transportation according to the applicable regulations of the U.S. DOT.

Jeff M Buckowski   2 · 12-17

| Trailer Loaded: | Freight Counted: |
|---|---|
| ☐ By Shipper | ☐ By Shipper |
| ☐ By Driver | ☐ By Driver/pallets said to contain |
| | ☐ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards.  Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

Haifey   9/12/17
Property described above is received in good order, except as noted.

VALLARTA WAREHOUSE

Received By:   9-15-17
Date:

Sep 12 17, 03:04p     LEI Transportation Inc.                          866-302-3223                    p.1



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 9/12/2017
**HAWB#:**    ATL 113352
**CARRIER: JPL WORLDWIDE INC**

**CONTACT: JAY**

**PHONE:**    **626-664-6588**
**FAX:**      **866-717-1189**
**PIECES:** 0
**WEIGHT:** 30000.0 LBS
**COMMODITY DESCRIPTION:** REFRIGERATION DISPLAY UNITS
**REQUIRED EQUIPMENT:** 53' Air Ride with Vertical Logistics Posts

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard
copy POD, and original BOL attached for
payment

| SHIPPER | CONSIGNEE |
|---|---|
| LOWE REFRIGERATION<br>105 CECIL COURT<br><br>FAYETTEVILLE, GA 30214<br>PHONE:   770-461-9001<br>FAX:<br>CONTACT: SHIPPING/RECEIVING | KEITH BURNE<br>12881 BRADLEY AVENUE<br><br>SYLMAR, CA 91342<br>PHONE:    818-898-0088<br>FAX:<br>CONTACT: |
| PICK-UP TIME 9/12/2017 8:00 AM - 4:00 PM | DELIVERY TIME 9/15/2017 8:00 AM - 11:00 AM |
| PICK-UP INSTRUCTIONS | DELIVERY INSTRUCTIONS |
| PICKUP: FOR LEI TRANSPORTATION INC.<br>MUST BE 53' AIR RIDE VAN WITH<br>VERTICAL LOGISTICS POSTS (E-TRACKS)<br>MUST PROVIDE CORRECT DRIVER INFO!<br>DRIVER: HAI<br>CELL# 626-905-5088<br>TRK# 116<br>TRL# 671818 | |

-------------------------------------------------------------------
**AGREED RATE**     **$2,800.00**

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVALABLE
FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION
IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS
LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT
PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY
OF THE SIGNED RATE MUST BE FAXED OR MAILED TO LEI WITHIN 24 HOURS OF DELIVERY

X _Signature_    _jay_ _____        _____ Carrier Pro# _____

**Fax To:  Austin**                     **Fax#:** 866-302-3223

**Piedmont, LLC**
8557 Piedmont Industrial Park
Byron Center, MI 49315

Voice:   616-878-4230
Fax:      616-878-4232

# INVOICE

Invoice Number:   24376
Invoice Date:       Sep 29, 2017
Page:                 1

#103
Chris

Bill To:

LEI TRANSPORTATION INC
4500 HUGH HOWELL ROAD
SUITE 790
TUCKER, GA 30084

9/29/17 - Faxed + originals Mailed

Customer ID:   LEITUC

| Customer PO | Payment Terms | Due Date |
|---|---|---|
| ATL 113415 | Net 30 Days | 10/29/17 |

| Description | Amount |
|---|---|
| HAWB #: ATL 113415 | 1,900.00 |
| 9/27/17: Picked up at Lanxess Corporation, Orange, TX | |
| 9/29/17: Delivered to Michelin, Woodburn, IN | |

|  |  |
|---|---|
| Subtotal | 1,900.00 |
| Sales Tax | |
| Total Invoice Amount | 1,900.00 |
| Payment/Credit Applied | |
| TOTAL | 1,900.00 |

**EXHIBIT**

tabbies*

H

Thank you for your business!

ARLANXEO USA LLC
111 RIDC Park West Dr
PITTSBURGH PA 15275-1112

Page: 1/1

Date Printed: 2017-09-27

**Straight Bill of Lading-
Original- Not Negotiable**


ARLANXEO
Performance Elastomers

RECEIVED, subject to the Contract Carrier Master Agreement for Trucking Service, if applicable, between Carrier and Shipper in effect on the date, the shipment is tendered to Carrier, the property described below in apparent good order, except as noted (contents and conditions of packages unknown), marked consigned and destined as shown below. This Bill of Lading is not subject to any rates, rules, tariffs or classifications, whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by Carrier or Shipper.

SHIPPER ARLANXEO USA LLC
Orange Distribution Center
2743 Foreman Road
Orange TX 77630

| Bill of Lading No: | O15626274 |
|---|---|

For prepaid shipment, show bill of lading no. on freight invoice and mail prepaid freight invoice with a copy of BOL to:
Arlanxeo c/o OL&T Dept 21
P.O. Box19749,Charlotte,NC,28219-9749

SHIP TO:   ARL c/o Michelin North America
ARLANXEO USA LLC
Michelin North America
18906 Us Highway 24
Woodburn IN  46797-9455

Date Shipped:          09/27/2017
Carrier/ Route:           FV: Customer Requested Carrier
Transp. Mode:            TRUCKLD-53FT DRY VAN
Customer PO #:           4150804545L1S1++1978
Release No. :
Trailer No.:            **2253**

| No. of Packages | Type of Container | Shipper's Quantity | |
|---|---|---|---|

| 000014 | Metalbox | | 42,981.323LB 19,496.000KG | Code of Federal Regulations (Road USA): |
|---|---|---|---|---|

TARE: 4,074.143 LB  NET:  38,907.180  LB   GROSS: 42,981.323 LB
TARE: 1,848.000 KG  NET:  17,648.000  KG   GROSS: 19,496.000 KG

TN= BUNA CB 24         RO MCG36035K DICl15
NMFC 171800
RUBBER, CRUDE
Freight Class:60
Material Number: 58363739
Customer Material Number: PG05813
Delivery                    0010
Delivery Date: 09/29/2017 00:00:00
ECCN No.: EAR99
Sales Order: 3031931902

Total:
000014              42,981.323
                  19,496.000

*RYAN BIRELEY*
*9-29-17*

08489164

In case of a chemical emergency, contact CHEMTREC 1-800-424-9300, International +1-703-527-3887 CCN12616

SHIPPER'S INTERMODAL
CERTIFICATION

I hereby declare that the contents of this consignment are fully and accurately described above the proper shipping name and are classified,packaged,marked and labeled/placarded and are in all respects in proper condition for transport according to applicable international and national governmental regulations. This certification includes (HAZMAT).

Date:              Shipper per:

DRIVER'S CERTIFICATION
AND RECEIPT

Driver hereby certifies that the above Special Instructions have been read and understood that:
1. Emergency response information in accordance with 49 CFR,part 172.
Subpart G is present on board the vehicle.
2. The required placards have been offered and the required placards are properly affixed to the vehicle.

Received          pallets          pieces

X Carrier
X Trailer              2263
          Driver's Signature

SECTION 7

If this shipment is to be delivered to the Consignee without recourse on the Shipper/Consignor for any charges that are not prepaid or agreed to be prepaid, the Shipper/Consignor shall sign the following statement:

Carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

**ARLANXEO USA LLC**

FREIGHT CHARGE TERMS

Line Haul charges will be paid as follows:
**COLLECT**



# LOAD - RATE CONFIRMATION

LEI Transportation Inc.
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

π 10 )
Chris

Phone: 770-939-0624        Fax: 866-302-3223

DATE: 9/26/2017
HAWB#:   ATL 113415
CARRIER: PIEDMONT

CONTACT: GLENN
PHONE:    616-878-4230
FAX:       616-878-4232
PIECES: 14
WEIGHT: 44000.0 LBS
COMMODITY DESCRIPTION: RUBBER
REQUIRED EQUIPMENT: 53' Dry Van trailer

REFERENCE NO:
THIRD PARTY BILLING:
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| LANXESS CORPORATION<br>2743 FOREMAN ROAD<br><br>ORANGE, TX 77630<br>PHONE:    409-882-2458<br>FAX:<br>CONTACT: | MICHELIN<br>18906 HWY 24 E<br><br>WOODBURN, IN 46797<br>PHONE:    260-493-8100<br>FAX:<br>CONTACT: |
| PICK-UP TIME 9/27/2017 11:00 AM - 11:00 AM | DELIVERY TIME 9/29/2017 10:00 AM - 10:00 AM |
| PICK-UP INSTRUCTIONS | DELIVERY INSTRUCTIONS |
| Pick up for LEI Transportation<br>Load# 766479140<br>P/U# 3015280750<br>PO# 4150804545L1S1++1978<br>Driver: CHRIS<br>Cell# 616-928-5585<br>TRK# 103<br>TRL# 1353 | 1149 MILES<br><br>**APPT NEEDED FOR DELIVERY**<br><br>APPOINTMENT TIME IS 10:00AM |

AGREED RATE     $1,900.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVAILABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE. DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME. NO EXCEPTIONS. THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X
Signature   Yvonni Witham  9/26/17        Carrier Pro#
Fax To: Austin                  Fax#: 866-302-3223



**LEI Transportation Inc.**

## FREIGHT TRANSPORTATION BROKER-MOTOR CARRIER AGREEMENT

THIS TRANSPORTATION BROKERAGE AGREEMENT is made on the date first signed below by and between: _Piedmont LLC_ , referred to as "CARRIER," and LEI Transportation Inc. ("LEI"). CARRIER and LEI are sometimes individually referred to herein as a "Party" and together as the "Parties."

### I. RECITALS

Whereas, LEI is licensed as a property BROKER by the Federal Motor Carrier Safety Administration ("FMCSA"), and as a licensed property Broker arranges for motor carrier freight transportation under its contracts with consignors and consignees ("Customers"); and

Whereas, CARRIER is registered with the FMCSA as a motor carrier of freight in interstate, intrastate, and/or foreign commerce with MC # _H9910_ and is in all respects qualified to transport freight as required by LEI; and Whereas, LEI, desires to engage CARRIER to perform transportation within the limits of CARRIER's FMCSA's operating authorities, according to this Agreement's terms and conditions, and CARRIER's desires to perform such transportation; Now, therefore, intending to be legally bound, the parties agree as follows:

### II. TERMS AND CONDITIONS

1. **WARRANTIES** CARRIER represents and warrants that it is a motor carrier under 49 U.S.C. § 13102(14), is duly registered with the Department of Transportation pursuant to 49 U.S.C. §§ 13902 and 13905; and is duly and legally qualified to provide lawful and responsible transportation service to LEI under contract. CARRIER further represents and warrants that it does not have a conditional or unsatisfactory safety rating issued from the U.S. Department of Transportation, and further agrees to comply with all federal, state and local laws regarding the provision of the transportation services contemplated under this Agreement.

2. **TERM** The term of this Agreement shall be one (1) year, and thereafter it shall automatically renew for successive one (1) year periods. Either Party may terminate this Agreement at any time for any reason or no reason by giving thirty (30) days written notice to the other Party of such termination.

3. **NO MINIMUM VOLUME** There is no minimum volume of freight contemplated by this Agreement. LEI is not restricted against tendering its freight to other carriers; CARRIER is not restricted against performing transportation for other shippers or brokers.

4. **DELAY** CARRIER shall transport all of LEI's shipments tendered to CARRIER without delay. CARRIER shall immediately notify LEI of any likelihood of delay.

5. **RATES** Each order for transportation services ("Shipment") shall require a written Rate Confirmation sheet signed or otherwise acknowledged by the CARRIER prior to each Shipment, specifying all applicable rates and charges; LEI shall not be liable for costs, charges, surcharges, or other amounts not specified in said Rate Confirmations. All rates and charges specified in written Rate Confirmations shall include liability for actual cargo value and shall not be "released rates" limiting cargo liability to any lesser value. LEI will pay CARRIER the agreed amount within thirty (30) days of LEI's receipt of CARRIER's freight bill, bill of lading, clear delivery receipt, and any other documents necessary to enable LEI to ascertain transportation has been properly provided. Only LEI and not CARRIER shall bill Customer for transportation; CARRIER shall not seek to collect from Customer or any other party involved with the shipment.

6. **DELIVERY REQUIREMENTS** CARRIER shall obtain from the consignee a complete, signed delivery receipt for each shipment, and it shall notify LEI immediately of any exception on any document. ██████████

7. **DOCUMENTATION** Documents for each LEI Shipment shall name LEI as third party payor of all freight charges and CARRIER as the carrier of record. If there is a wrongly worded document, the Parties will treat it as if it showed LEI as "third party payor" and CARRIER as "Carrier." If there is a conflict between this Agreement and any transportation document related to LEI's shipment, this Agreement shall govern.

Initial: _LW_

8   **INDEPENDENT CONTRACTOR** CARRIER is an independent contractor, and as such is wholly responsible in every way for such persons as CARRIER hires or employs. CARRIER shall be wholly responsible for performing the contemplated transportation and for all costs and expenses of such transportation, including but not limited to, costs and expenses of all CARRIER's transportation equipment, its maintenance, and those persons who operate it. As to LEI, CARRIER shall have the sole and exclusive responsibility for the manner in which its employees and/or independent contractors perform the transportation service, including the equipment provided. Customer may specify particular equipment according to type, weight, value or dimension of shipment.

9   **INDEMNITY** CARRIER shall defend, indemnify, and hold LEI harmless from and against all loss, liability, damage, claim, fine, cost or expense, including reasonable attorney's fees, arising out of or in any way related to CARRIER's performance of the contemplated transportation or CARRIER's breach of any terms of this Agreement.

10   **INSURANCE** During the term of this Agreement, CARRIER shall procure and maintain, at its sole expense:

   a.   Commercial Automobile Liability Insurance, with a combined single limit of not less than $1 million ($US) per occurrence, covering all vehicles however owned or used by CARRIER to transport LEI's shipments, including coverage for all liabilities for personal injury (including death) and property damage arising out of CARRIER's transportation under this Agreement;

   b.   All Risk Broad Form Motor Truck Cargo Legal Liability Insurance in an amount not less than $100,000 ($US) per occurrence. Such insurance policy shall list LEI as loss payee and provide coverage to LEI, the Customer or the Owner and/or consignee for any loss, damage or delay claim to any property coming into the possession of CARRIER under this Agreement. Unless approved in advance by LEI, the coverage provided under the cargo policy shall have no exclusions or restrictions of any type that would foreseeably preclude coverage relating to a cargo loss, damage or delay claim.

   c.   Comprehensive General Liability insurance with a minimum combined single limit of not less than $1 million per occurrence. Such insurance policy shall include coverage for bodily injury, property damage, premises/operations, products/completed operations, contractual, independent contractors, road damage, property damages, and personal injury. Such policy or policies shall include cross liability and severability of interests.

   d.   Workers' Compensation coverage for employees where and when required by applicable state law, or other occupational accident coverage for independent contractors performing services under this Agreement, employer's liability insurance coverage with limits per occurrence no less than Five Hundred Thousand Dollars ($500,000).

   e.   CARRIER shall provide LEI copies of its MCS-90 forms and written certificates of insurance for the above policies from its insurance agent evidencing this insurance, that it is current and maintained, the expiration date, and specifying that LEI will be given 30 days prior notice of cancellations or modifications.

11   **LIABILITY** For purposes of loss, damage, and/or delay of Customer's freight while under CARRIER's care, custody, or control, CARRIER shall assume common-carrier liability subject to the provisions of 49 U.S.C. § 147 06 (i.e. Carmack Amendment). The loss, damage or injury shall be measured as the actual loss or injury to the property. In addition, CARRIER shall indemnify LEI for all indirect, special or consequential damages, or other special economic losses that might be awarded against LEI on any Customer's claim. CARRIER shall pay to LEI, or it shall allow LEI to deduct from the amount LEI owes CARRIER for Customer's loss for the commodities so lost, delayed, damaged or destroyed and the amount of any indemnity, as stated above. Within twenty-four (24) hours of any loss, delay, damage or destruction of Customer's property, CARRIER shall provide detailed written notice to LEI of same. For any freight claim, CARRIER shall pay LEI, as loss payee, or Customer, with LEI's consent, within thirty days of CARRIER's receipt of an appropriate invoice and supporting documentation. CARRIER shall not withhold any freight due to any dispute with LEI regarding freight charges. CARRIER waives and releases all liens which it might otherwise have to any of LEI's or Customer's freight in its possession.

12   **NO SUBCONTRACTING** CARRIER shall transport all freight tendered by LEI only on equipment operated under CARRIER'S operating authority, on equipment owned or leased by it, and use employees or independent contractors under contract with CARRIER. CARRIER shall not in any way sub-contract, broker, or arrange for the freight to be transported by a third party without LEI's prior written consent. In the event CARRIER breaches this provision and subcontracts or brokers a shipment to another entity, CARRIER agrees and acknowledges that it will remain primarily liable for any loss, damage or expense incurred during the transportation of any shipment by such third party. In addition, any breach of this provision will result in the forfeiture of any compensation otherwise payable to CARRIER by LEI.

Initial: _____

LEI Transportation Inc.  4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

13 CONFIDENTIALITY CARRIER shall not disclose the terms of this Agreement to a third party without the written consent of LEI unless: (1) it is required by law or regulation; (2) disclosure is made to the parent, subsidiary or affiliate of CARRIER; or (3) disclosure is made to facilitate the terms and conditions of this Agreement. In addition to any other right or remedy, CARRIER agrees that in the event of any violation or threatened violation of this provision, and provided that LEI is acting in good faith, LEI shall be authorized and entitled to (1) injunctive relief by temporary restraining order, temporary injunction, or permanent injunction, all without the posting of any bond, and (2) any other legal and equitable relief to which it may be entitled. If LEI prevails, LEI shall be entitled to recovery of all reasonable attorney's fees and costs incurred in connection with any such action.

14 BACK SOLICITATION During the term of this Agreement and for twelve (12) months following its termination, CARRIER will not directly or indirectly solicit or provide transportation services to any Customer without LEI's prior written consent. If CARRIER, its agents, servants or employees solicit a Customer in violation of this Section, CARRIER shall pay LEI as a commission twenty percent (20%) of the total charges for transportation services provided to CARRIER to such Customer.

15 OTHER FEDERAL REGULATIONS In the event Carrier performs services for a Shipper with U.S. Government contracts, CARRIER shall be in compliance with all laws and regulations governing contractors and subcontractors providing goods or services to government agencies, including but not limited to Federal Acquisition Regulations ("FAR") clauses 52.222-26; 41 C.F.R. § 60-741.5; FAR 52.222-37; 41 C.F.R. § 60-250.40; FAR 52.222-35; 52.222-36; 62.247-64 and 41.

16 SEVERABILITY If the operation of any part of this Agreement results in a violation of any law, such part shall be severed and the Agreement's remaining provisions shall continue in full force and effect.

## III. MISCELLANEOUS PROVISIONS

17 WAIVER CARRIER and LEI expressly waive all rights and remedies allowed under 49 U.S.C. § 14101, to the extent they conflict with this Agreement. LEI's failure to insist upon CARRIER's performance under this Agreement or to exercise any right or privilege shall not be a waiver of any of LEI's rights or privileges.

18 ASSIGNMENT This Agreement shall be binding upon and inure to the benefits of the Parties to this Agreement and their respective heirs, successors and assigns, but shall not be assignable by the CARRIER without the written consent of LEI. LEI may, without the consent of Carrier, assign this Agreement to any entity controlled by, controlling, or under common control with LEI.

19 GOVERNING LAW This Agreement shall be deemed to have been drawn under Georgia law. If there is a dispute, any legal action must be brought in Superior Court in and for the County of DeKalb and Georgia laws shall apply, without regard to its conflict of laws rules.

20 NOTICES Notices shall be sent by registered mail, return receipt requested, to each party at the address shown below, or to such other addresses as shall have been designated in writing below.

21 ENTIRE AGREEMENT This Agreement is the entire agreement between the Parties, superceding all earlier agreements. It cannot be altered or amended except in writing signed by both of them. It may not be assigned or transferred in whole or in part.

22 ELECTRONIC SIGNATURES AND FACSIMILE CARRIER and LEI agree to accept electronic signatures and/or faxed copies of this documents as creating legal effect.

23 INVOICING AND PAYMENTS LEI shall be liable only for transportation orders specifying and following billing address and not alternate LEI locations, an independent sales agent address, or any other alternate billing address. CARRIER invoices must be sent to:

  LEI Transportation Inc.
  4500 Hugh Howell Road
  Suite 750
  Tucker, GA 30084
  Attn: Accounts Payable

24 FORCE MAJEURE If either Party is prevented from compliance with any part of this agreement by events beyond the Party's reasonable control, such compliance will be excused to the extent necessitated; provided the Party claiming force majeure notifies the other Party within one (1) day of the event; takes all reasonable steps to reduce the impact of the event upon compliance; to perform services to the extent practical; and immediately resumes performance when the event subsides sufficiently.

Initial: _____

LEI Transportation Inc.  4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

25  **NOTICES:** Any notice or communication between the Parties hereto shall be addressed as follows:

If to LEI Transportation Inc:

Attn:  Contract Management

LEI Transportation Inc.
4500 Hugh Howell Road
Suite 750
Tucker, GA 30084

If to CARRIER:

Attention: _Glen Voetberg_
Company: _Piedmont, LLC_
Address: _8557 Piedmont Ind. PK. Dr._
_Byron Center, MI 49315_
Fax: ▮▮▮▮▮▮▮
Email: _accounting@pctmc.Com_

In Witness Whereof, the parties hereto have caused this Agreement to be executed in their respective names by their duly authorized representatives as of the date first below written.

LEI Transportation Inc.
4500 Hugh Howell Road
Suite 750
Tucker, GA 30084

Signed :_____

Printed Name: Mike Walling

Date:_____

*CARRIER*
Company Name: _Piedmont, LLC_
Signed Name: _Yvonne Witham_ (Date) _9/26/17_
Printed Name: _Yvonne Witham_
Title: _Office Mgr. / V.P. of Finance_
Address: _8557 Piedmont Ind. PK. Dr._
_Byron Center, MI 49315_
Phone: ▮▮▮▮▮▮▮
Fax No.: ▮▮▮▮▮▮▮
EIN/Fed ▮▮▮▮▮▮▮
USDOT ▮▮▮▮▮▮▮

**CARRIER PROFILE**

** Print All Information Clearly **

Full, legal Company Name: _Piedmont, LLC_

Federal ID# ▮▮▮▮▮    DOT# ▮▮▮▮▮    MC# ▮▮▮▮▮

Toll Free# _____   Local# ▮▮▮▮▮

Fax# ▮▮▮▮▮

24-hour Cell# ▮▮▮▮▮    Email _____

Dispatch Contact: _Mike_ ▮▮▮▮▮   Phone# ▮▮▮▮▮

Dispatch Email _accounting@pctmc.Cam_

Factoring Company: (Circle)   Yes  (No)

Mailing Address: _8557 Piedmont Industrial Park Drive_
_Byron Center, MI 49315_

Physical Address: _Same, As Mailing_

Remit to Address: _Same, As Mailing_

**Carrier Operations:** (circle all that apply) (Truckload)   LTL   Inter-modal   Air Expedited   Multi-Stop

# Company drivers _14_   # Owner-operators _0_   # Teams _0_

Equipment Type: Please enter the Number for each type (example: 6 Reefers)

Power units (tractors) _12_

Vans:___48'_✓53'_✓_Air-rides____Hi-Cube(110")___Logistic___Padded___Curtain____White Glove

Flats:___48'___53'___Step-decks____Double Drops___Removable Goosenecks   Hot Shots___Side Kits

Reefer:___48'___53'___Chilled & Frozen_____Chilled only____Frozen only____Alcohol____EDI Capable

Methods of load tracking and driver communications:____satellite____cell phone/GPS_✓_cell phone

___Is the company qualified and compliant with U.S. DOT-FMCSA regulations and currently in good standing?_✓_Yes_____No  If no, please explain: _____

LEI Transportation Inc. 4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone

___Is the company qualified and compliant with U.S. government contracting regulations, such   as SDB, HUB Zone SB, WSB, VSB or SDVO?___✓Yes___No  If yes, please explain any category so qualified:

_____

Coverage: (check all where services are offered)___All 48 states

___All Northeast   CT   DC   DE   MA   MD   ME   NH   NJ   NY   PA   RI   VA   VT   VW

___All Southeast   AL   FL   GA   MS   NC   SC   TN

✓All Midwest   IA   KS   MN   MO   ND   NE   SD

___All Central   IL   IN   KY   OH   MI   WI

___All West   AZ   CA   CO   NV   UT   WY

___All Northwest   ID   MT   OR   WA

___All Southwest   AR   LA   OK   NM   TX

___Canada

___Mexico

**Please fill out the preferred lanes.**

Preferred lanes – Where you are strong or looking for freight Type is Dry Van, Reefer, LTL, Flat Bed

| Type | Origin State | Origin City | Dest State | Dest City | Rate Per Mile |
|------|-------------|-------------|------------|-----------|---------------|
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |
| ———— | ———— | ———— | ———— | ———— | ———— |

LEI Transportation Inc.  4500 Hugh Howell, Suite 790, Tucker GA 30084   770-939-0624 Phone



**LEI Transportation Inc.**

# Quick Payment Agreement

**Date:** 10/20/17        **LEI HAWB #:** 113524

This form represents an agreement between LEI Transportation Inc. and JP Express Inc
to pay the below referenced invoice according to the terms selected on this form.

**Requirements:**
- To be eligible for Quick Payment, LEI must receive with this form your invoice for the contracted amount along with non-exception delivery documents signed by the consignee and driver.
- A completed Quick Payment form must be completed for each invoice.

**Quick Payment Options:**
By selecting one of the options below, LEI will send payment on the referenced invoice below within the number of days indicated from receipt of this form along with invoice and proof of delivery. The payment will be sent by the method indicated on this form.

**Carrier Invoice #:** 6154003      **Original Agreed Invoice Amount:** $ 1250.00

| | Paid & Sent Within: | Discount (From above invoice amount) |
|---|---|---|
| ✓ | 1 Business Day | 5% - 3% per rate sheet |
| | 7 Business Days | 4% |
| | 14 Business Days | 3% |

**Delivery Method:**
Please select one of the payment delivery methods below (charges in addition to Quick Payment Discount)

| | Delivery Method | Fee |
|---|---|---|
| ✓ | First Class USPS | No Charge |
| | FEDEX Priority Overnight | $45.00 |
| | FEDEX Standard Overnight | $35.00 |
| | FEDEX 2 Day | $25.00 |

_____      Harmandeep Kaur
**Authorized Signature**          **Printed Name**

LEI Transportation Inc. * 4500 Hugh Howell Road, Suite 790 Tucker GA 30084* 770-939-0624 P * 866-302-3223 F



**EXHIBIT**

I

Date 10/18/2017

# Invoice #6154003

**TO:**
LEI TRANSPORTATION INC.
4500 HUGH HOWELL ROAD, SUITE 790
TUCKER. GA

**FROM:**
**JP EXPRESS INC**
1363 DANIELLE DR
INDIANAPOLIS. IN 46231
Phone: (317) 500-1430
Fax: (317) 203-0666
MC#: 683750

| Load # | Shipment Info | Primary Fee | Sub Total |
|---|---|---|---|
| 113524 | Pickup Date: 10/17/2017<br>Delivery Date: 10/18/2017<br>Weight: 0.0<br>Quantity: 0.0 | $1,250.00 | $1,250.00 |
| | From:<br>**Shipper** | | |
| | CLARKSVILLE, TN | | |
| | To:<br>**Consignee** | | |
| | Tuscaloosa, AL | | |
| | Primary Fee Based on Flat Fee: $1,250.00 | | |

**Balance Due:** $1,250.00

**Invoice Total**   $1,250.00

**Balance Due**   $1,250.00

We appreciate your business!

**Delivery Number**
76058063798054
**Purchase Order Number**
4150812558
**Sales Order Number**
2020575010
**Ship Date**
17-October-2017

**U S ZINC - CLARKSVILLE OXIDE**
**480 International Bvld**
**Clarksville, TN 37040**

SHIP-TO:
MICHELIN TIRE
5101 21ST STREET
TUSCALOOSA, AL 35401

| FREIGHT CHARGES | |
|---|---|
| PREPAID | |
| X COLLECT | |
| 3RD PARTY | |

ROUTE: 7US316 - US-TN-CLARKSVILLE/US-AL-TUSCAL
CARRIER:
CUSTOMER ARRANGED PICK-UP
DELIVERING CARRIER          VEHICLE NO
JP EXPRESS                         33-1112

| ITEM | NO PACK | HM | KIND OF PACKAGES, DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT | CLASS |
|---|---|---|---|---|---|
| 1 | 21 | | 210 | 19,050.880 | 55 |

UNITS        21 BATCH 7C1023M
UNIT WT.       907.185 KG CODE 6139004
GROSS:      19,384.292   TARE        333.412  NET:       19,050.880

PG00252DA
LINE 1
SHIPMENT 3
840 BAGS OF ZINC OXIDE ON 21 PALLETS
SEAL#3698653

*James Pinion*

THIS IS TO CERTIFY THAT THE ABOVE NAMED ARTICLES ARE PROPERLY CLASSIFIED, DESCRIBED, PACKAGED, MARKED, AND LABELED, AND ARE IN
PROPER CONDITION FOR TRANSPORTATION, ACCORDING TO THE APPLICABLE REGULATIONS OF THE DEPARTMENT OF TRANSPORTATION

SHIPPER _____          CARRIER _____



# LOAD - RATE CONFIRMATION

**LEI Transportation Inc.**
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084

Phone: 770-939-0624        Fax: 866-302-3223

**DATE:** 10/17/2017
**HAWB#:**  ATL 113524
**CARRIER: JP EXPRESS INC.**

**CONTACT: HARMAN**
**PHONE:  317-500-1430**
**FAX:    317-203-0666**
**PIECES:** 21
**WEIGHT:** 42000.0 LBS
**COMMODITY DESCRIPTION:** RUBBER
**REQUIRED EQUIPMENT:** 53' Dry Van trailer

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard
copy POD, and original BOL attached for
payment

| SHIPPER | CONSIGNEE |
|---|---|
| US ZINC CORP. | MICHELIN NORTH AMERICA |
| 480 INTERNATIONAL BLVD. | 5101 21ST STREET |
| | |
| CLARKSVILLE, TN 37040 | TUSCALOOSA, AL 35401 |
| PHONE:  931-920-9325 | PHONE:   205-391-6249 |
| FAX: | FAX: |
| CONTACT: SHIPPING/RECEIVING | CONTACT:  JIM MILLS |

| PICK-UP TIME 10/17/2017 7:00 AM - 1:00 PM | DELIVERY TIME 10/18/2017 8:00 AM - 3:00 PM |
|---|---|
| **PICK-UP INSTRUCTIONS** | **DELIVERY INSTRUCTIONS** |
| PICKING UP FOR LEI | 292 miles. |
| **NO WOODEN WALLS IN TRAILER, MUST BE | |
| PLATED TRAILER WITH EITHER 3 LOAD | **3% QUICK PAY** |
| LOCKS OR 3 STRAPS** | |
| LOAD# 766479146 P/U#2020575010 PO# | |
| 4150812558 | |
| DRIVER: PAUL | |
| CELL: 317-361-3556 | |
| TRK: 33   TRL: 1112 | |

**AGREED RATE**    $1,250.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVALABLE
FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHANGES MUST BE PRE-APPROVED IN ADVANCE.  DETENTION
IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME.  NO EXCEPTIONS.  THIS
LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW.  CO-BROKERING OR CO-LOADING IS NOT
PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT.  A COPY

X  _Austin_                                        **Carrier Pro#**
**Signature**

**Fax To:  Austin**                        **Fax#: 866-302-3223**

CROSS LAND CARRIER CORP.
151 NORTHCLIFFE DRIVE
ROCHESTER,NY 14618

| Number | 1934 |
| Date | 10/3/2017 |

**Bill To**

LEI Transportation, Inc
4500 Hugh Howell Road
Suite#790
Tucker, GA 30084

**Ship To**

LEI Transportation, Inc
4500 Hugh Howell Road
Suite#790
Tucker, GA 30084

**P.O Number**
ATL 113380

| Description | Amount |
|---|---|
| P/U Bromack Company Los Angeles,CA 09/22/2017 | $5,400.00 |
| Dreop Systems Unlimated Itasca,IL 09/26/2017 | |
| TR#300 | |

| Sub Total | $5,400.00 |
|---|---|
| Total | $5,400.00 |



EXHIBIT
tabbies®
J

# STANDARD TRUCKLOAD BILL OF LADING

| SHIP FROM | |
|---|---|
| Name: | BROMACK COMPANY |
| Address: | 3005 HUMBOLDT STREET |
| City/State/Zip: | LOS ANGELES, CA 90031, US |
| Phone: | 323-227-5000   Contact: MARGIE |
| SID#: | ESQUIVEL    FOB: |

**Bill of Lading Number:** 113380

|||||||||||||||| (barcode)

**CARRIER NAME:** CROSS LAND CARRIER CORP
Trailer number:
Seal number:
SCAC:
Pro number:

| SHIP TO | |
|---|---|
| Name: | SYSTEMS UNLIMITED |
| Address: | 1350 W BRYN MAWR AVE |
| City/State/Zip: | ITASCA, IL 60143 |
| Location#: | |
| Phone: | 630-285-0010   Contact: PAT LAZZARI PAT |
| SID#: | LAZZARI    FOB: |

| THIRD PARTY FREIGHT CHARGES BILL TO: | |
|---|---|
| Name: | LEI Transportation Inc. |
| Address: | 4500 Hugh Howell Road Suite 790 |
| City/State/Zip: | Tucker, GA 30084, US |

**Freight Charge Terms:** *freight charges are prepaid unless marked otherwise)*

Prepaid _____    Collect _____    3rd Party _____

_____ Master Bill of Lading: with attached underlying bills of Lading
(check)

**SPECIAL INSTRUCTIONS:**

*D. Dunski*  9/25/17  11 sk

### CARRIER INFORMATION

| PACKAGE | | WEIGHT | HazMat (X) | COMMODITY DESCRIPTION Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. |
|---|---|---|---|---|
| QTY | TYPE | | | |
| 0 | | 30000.0 | | MARBLE TOP TABLES |
| 11 | Pallets | | | |
| | | | | |
| | | | | |
| | | | | |
| 0 | | 30000.0 | | TOTAL |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding _____ per _____"

COD Amount: $ _____
Fee Terms:   Collect: ____   Prepaid: ____
Customer check acceptable: ____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. §14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to the terms and conditions set forth on the reverse side hereon as well as to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Shipper Signature _____

This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

SHIPPER SIGNATURE    9/22/17    DATE

File No.   12910

| Trailer Loaded: | Freight Counted: |
|---|---|
| ____ By Shipper | ____ By Shipper |
| ____ By Driver | ____ By Driver/pallets said to contain |
| | ____ By Driver/Pieces |

**CARRIER SIGNATURE / PICKUP DATE**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle.

SIGNATURE _____    DATE _____



# LOAD RATE CONFIRMATION

**LEI Transportation Inc.**
4500 Hugh Howell Road, Suite 790
Tucker, GA 30084
Phone: 770-939-0624          Fax: 866-302-3223

**DATE:** 9/22/2017
**HAWB#:** ATL 113380
**CARRIER: CROSS LAND CARRIER CORP**

**CONTACT:**
**PHONE:** 585-328-2606
**FAX:** 585-328-2310
**PIECES:** 0
**WEIGHT:** 30000.0 LBS
**COMMODITY DESCRIPTION:** MARBLE TOP TABLES
**REQUIRED EQUIPMENT:** 53' Air Ride with Vertical Logistics Posts

**REFERENCE NO:**
**THIRD PARTY BILLING:**
LEI
4500 Hugh Howell Road
Suite 790
Tucker, GA 30084
*Invoice must have reference number, hard copy POD, and original BOL attached for payment

| SHIPPER | CONSIGNEE |
|---|---|
| BROMACK COMPANY<br>3005 HUMBOLDT STREET<br><br>LOS ANGELES, CA 90031<br>PHONE:  323-227-5000<br>FAX:<br>CONTACT: MARGIE ESQUIVEL | SYSTEMS UNLIMITED<br>1350 W BRYN MAWR AVE<br><br>ITASCA, IL 60143<br>PHONE:   630-285-0010<br>FAX:<br>CONTACT:  PAT LAZZARI PAT LAZZARI |
| PICK-UP TIME 9/22/2017 9:30 AM - 9:30 AM | DELIVERY TIME 9/26/2017 8:00 AM - 8:00 AM |
| PICK-UP INSTRUCTIONS | DELIVERY INSTRUCTIONS |
| PICKUP: FOR LEI TRANSPORTATION INC<br>**MUST HAVE 53' AIR RIDE WITH<br>VERTICAL LOGISTICS POSTS (E-TRACKS)<br>13 LOAD LOCK BARS, 30 BLANKETS, AND<br>30 STRAPS REQUIRED**<br>**WILL TAKE 4 TO 5 HOURS TO LOAD**<br>DRIVER: WALTER<br>CELL# 315-527-1002<br>TRK# 300      TRL# 1987 | 2016 MILES |

**AGREED RATE**      $5,400.00

PLEASE SIGN AND FAX TO LEI Transportation Inc. CONFIRMING THAT THE DRIVER HAS THE NECESSARY EQUIPMENT AND HOURS AVALABLE FOR PICKUP AND TO DELIVER THIS SHIPMENT ON TIME. NOTE: ANY ACCESSORIAL CHARGES MUST BE PRE-APPROVED IN ADVANCE. DETENTION IS ONLY PAID IF DRIVER CALLS AT ARRIVAL TIME, TWO HOURS FROM ARRIVAL TIME, AND AT DEPARTURE TIME. NO EXCEPTIONS. THIS LOAD WAS TENDERED TO THE ABOVE NAMED CARRIER AS REPRESENTED BY SIGNATURE BELOW. CO-BROKERING OR CO-LOADING IS NOT PERMITTED UNLESS NOTATED IN THE "PICK UP INSTRUCTIONS", AND IF DONE SO WILL RESULT IN 100% FORFEITURE OF PAYMENT. A COPY OF THE SIGNED BOL MUST BE FAXED TO LEI WITHIN 24 HOURS OR DELIVERY

X _____
**Signature**
Fax To:  Jameel

**Carrier Pro#** _____
Fax#: 866-302-3223