IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

|  |  |
|---|---|
| HUDSON INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>BAXTER BAILEY-SILVER ARROW EXPRESS, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>No. 1:18-cv-1359-TCB |

## O R D E R

This action involves interpleader claims pursuant to 28 U.S.C. § 1335. The Court has considered Plaintiff's request to deposit into the registry of this Court the sum of $72,070.40. The Court finds that the ownership of these funds is in dispute and that their deposit into the registry of the Court is proper. Therefore, the motion is granted.

It is ordered that the Clerk of this Court accept from Hudson Insurance Company funds in the amount of $72,070.40, plus applicable

interest, if any, and receive them into the registry of this Court. Funds received pursuant to this Order meet the Internal Revenue Service definition of a "Disputed Ownership Fund" (DOF) and must be deposited into the CRIS DOF administered by the Administrative Office of the United States Courts, which will be responsible for meeting all DOF tax administration requirements. The ultimate disposition of these funds will be determined by order of this Court in the above-styled action.

    IT IS SO ORDERED this 29th day of October, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge