UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HUDSON INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> BAXTER BAILEY – SILVER ARROW EXPRESS, et al., <br><br> Defendants. | CIVIL ACTION NO. <br><br> 1:18-CV-1359-JPB |

## ORDER

There have been no substantial proceedings of record in this case since the Third Amended Complaint was filed on October 17, 2018 [Doc. 61]. Plaintiff is ORDERED to show cause, if any, within fourteen days why this case should not be dismissed for failure to prosecute pursuant to Local Rule 41.3(A)(3).

If Plaintiff wishes to proceed, Plaintiff is ORDERED to file a status report along with its response to the Court's show cause order. There are many defendants involved in this interpleader action, and therefore Plaintiff is ordered to provide information regarding the status of service for each defendant with citations to the appropriate docket entries. Also, if any defendant has filed bankruptcy proceedings, Plaintiff should advise the Court of the bankruptcy filing

if notice has been given to the Court or Plaintiff. Plaintiff should also advise the Court if it wishes to proceed as to the parties who are not in bankruptcy proceedings or if the Court should not act as to any parties due to the automatic bankruptcy stay.

**SO ORDERED** this 3rd day of July, 2019.

J. P. BOULEE
United States District Judge